# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **CHARLES ANGELL and ANGELL EXPEDITIONS, LLC,**<br><br>***Plaintiffs*,**<br><br>**v.**<br><br>**MARKWAYNE MULLIN, The Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION; JOSH B. BARRETT, Acting Chief Patrol Agent of the United States Border Patrol's Big Bend Sector; LIEUTENANT GENERAL WILLIAM H. GRAHAM, Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers; and UNITED STATES ARMY CORPS OF ENGINEERS,**<br><br>***Defendants*.** | § | **CIVIL ACTION NO. 5:26-cv-5580** |

**<u>AFFIDAVIT OF CHARLES ANGELL</u>**

STATE OF TEXAS §
§
COUNTY OF PRESIDIO §

Know all men by these presents, that before me, the undersigned authority, on this day personally appeared CHARLES ANGELL, who upon his oath did depose and state:

1. My name is Charles Angell. I am over the age of twenty-one (21) years old. I reside at, and Angell Expeditions, LLC ("Expeditions") is located at, 302 El Polvo Road, P.O. Box 165, Presidio County, Texas, Redford, Texas 79846. I have never been convicted of a crime involving moral turpitude. I have personal knowledge of the facts set forth herein. I am of sound mind and based upon my personal knowledge am otherwise competent to make this Affidavit.

2. I am the sole managing member of Angell Expeditions, LLC, a Texas limited liability company. As set forth in Exhibit A-1, a true and correct copy of material on Angell Expeditions' website, it operates river, mountain biking, and birding trips as well as hiking and driving tours in the Big Bend National Park and surrounding area.

3. As set forth more fully in this Affidavit, I have concrete, personal, and business interests in the waters, lands, and natural resources that will be adversely impacted by the project to build a portion of the border wall through the Big Bend area and my property (the "Project"). These interests include my longstanding recreational use of and aesthetic enjoyment of Big Bend National Park, Big Bend Ranch State Park, and the surrounding areas as well as my business use of the land I own, Big Bend National Park, Big Bend Ranch State Park, and the surrounding areas. These interests are threatened by the Project and the failure of the Defendants to comply with constitutional law.

4. In the summer of 2001, my father, who owned property in Presidio County, Texas near Big Bend National Park, passed away. I visited my father's home after his passing to scatter his ashes and to take possession of my father's home and several acres in Presidio County, Texas. For the next seven years, I commuted back and forth from the Miami, Florida area to Presidio County, Texas. During that time, I continued to work on my father's previous home and hiked, mountain biked, camped, went off-roading in my Jeep, rafted the Rio Grande, and regularly explored and learned more about the Big Bend region.

5. In 2008, I sold my construction company in Miami, Florida to move to the Big Bend region permanently and became a full-time resident. I continued to: hike, bike, camp, raft, explore, and learn more about the area when I moved there permanently. In order to earn revenue, I started taking visitors on guide trips and did construction and roofing for neighbors in the area.

6. In 2008, I started Expeditions as a guide business conducting tours of the surrounding Big Bend parks and private lands. When Expeditions was first starting, I hired various people to be guides on behalf of the business and was also a guide myself. I continue to be a guide for Expeditions and still employ others seasonally.

7. Expeditions operates out of the home I personally own located at 302 El Polvo Road, Redford, Texas 79846. There are six other structures on this one-acre property that house the equipment used for Expeditions. To support my guide business, I personally purchased mountain bikes, kayaks, canoes, rafts, and other vehicles to take visitors on guided tours. To date, I own approximately thirty-five (35) mountain bikes, fifty (50) kayaks, canoes, and rafts, and eight (8) vehicles.

8. Guided tours through Expeditions consist of day trips and half-day trips as well as overnight trips ranging from two nights to eight nights. The tours usually consist of two to four people but can include groups of as many thirty to thirty-five people. I provide guided tours throughout the neighboring Big Bend State Park and Big Bend National Park. I also provide bird watching tours from the deck at my home. I have personally witnessed owls, osprey, hawks, finches, and hundreds of other species of birds from my property. While this serves as a revenue source for Expeditions, I also regularly engage in bird watching activities.

9. On February 20, 2026, I received a “Notice of Interest” letter from U.S. Customs and Border Control (“CBP”) identifying my property located at BBT-PRS-2055 and BBT-PRS-2055-1 as the subject of condemnation in connection with the Project. A true and correct copy of the February 20, 2026 letter is attached hereto as Exhibit A-2. A map of my property and its relation to the river, Big Bend National Park, and the location of the proposed border wall is attached hereto as Exhibit A-3 (with comments from Mr. Angell included therein).

10. The Project will adversely impact my business, recreational, aesthetic, and environmental interests in the following ways:

a. If my property is condemned, it will affect the operation of my business and my recreational use of my property by blocking my access to the Rio Grande River, preventing me from launching boats off the Rio Grande River, and disrupting my ability to live and work during the construction of the border wall through or nearby my property; and

b. The presence of the border wall on my property or nearby will diminish my property value and the value of my business.

11. The harm to my interests is imminent. In addition to the "Notice of Interest" letter I received initiating the threat of an eminent domain process through condemnation, construction has already begun on the border wall in Big Bend National Park.

12. I intend to continue using and attempting to enjoy my property, Big Bend National Park, and the surrounding areas for my business as well as for wildlife observation and other recreational activities because I have no other choice. The construction of the Project and the associated impacts to the Rio Grande River and other wildlife habitats will diminish and impair my use and enjoyment of these areas. These harms are concrete, particularized, and not merely speculative.

13. I will suffer concrete injury from the construction and operation of the Project and its impacts on Big Bend National Park, Big Bend State Park, wildlife habitats, and the surrounding environment. My use and enjoyment of Big Bend National Park, the state park, and the surrounding lands and waters would be diminished by the Project.

14. It is important to me, and important to my procedural rights, that the Constitution of the United States be followed. Every constitutional right is my constitutional right and constitutional empowerment of the Executive Branch concerns me and harms me. The fact that the Department of Homeland Security ("Homeland Security") is constructing the border wall and

related roads and construction areas in an area where few if any border crossings occur is unnecessary and outside the authority I understand Homeland Security to have. As a part of my business, I am in the Big Bend National and state parks and go up and down the Rio Grande River almost daily. My house and business are located approximately 200 feet from the Rio Grande River. In the last thirteen (13) years I have seen only one person crossing the River and that was to return a dog that escaped. On rare occasions, I have seen evidence of people who might have crossed the River but that could have been a fishing camp on the United States' side of the River. I do see families and others enjoying the River from the Mexico side but no crossings. I understand from the CBP statements I have received, the Big Bend Sector has the fewest crossings of any sector on the Southern Border.

15. Because of the reasons set forth herein, I request a Temporary Restraining Order, Preliminary Injunction, and a Permanent Injunction be entered preventing Defendants from (1) commencing or continuing any construction, blasting, excavation, road-building, or ground disturbance activities on or across Plaintiffs' property pending resolution of this action; and (2) commencing or continuing any construction, blasting, excavation, road-building, or ground disturbance activities on Mariscal Mountain within Big Bend National Park or within the Big Bend Sector. I also request a mandatory protective injunction be entered commanding Defendants to restore the damage they have done to date.

16. As a managing member of Expeditions and in my personal capacity, I am authorized to state that my interests and injuries, as described in this Affidavit, are germane to the purposes of Expeditions.

I made this affidavit as the managing member of Expeditions and in my individual capacity.

CHARLES ANGELL

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this 27th day of August, 2026, to certify which witness my hand and seal of office.

Notary Public for the State of Texas

NOTARY PUBLIC STATE OF TEXAS
TANIA G. GARCIA
My Notary ID # 129919061
Expires September 25, 2027

# EXHIBIT A-1

charles@angellexpeditions.com

ANGELL EXPEDITIONS.com

Home Meeting Places River Trips Birding Hiking/Offroad Mexico Rates

Contact Us Stories

# Big Bend River Guide Service, Bike Trips, Canoe, Hiking

Angell Expeditions offers river trips on the Rio Grande as well as the Devils River, guide services for hiking and mountain biking, birding, trips into Mexico including Ojinaga Mexico and the Copper Canyon, and vehicle tours in the Big Bend region. For the history buff, archaeology tours are now available. From a half day to several day river trips are available. We look forward to meeting you.

MEETING PLACES

**Current Weather at our Redford HQ**

*WeatherUnderground*

**Chinati Mountains State Natural Area**

Angell Expeditions is a permitted guide for the new Chinati park.

Learn more about a hiking, biking, or overnight trip.

**News on the wall project in Big Bend**

If it goes through, it will forever change our

ANGELL EXPEDITIONS
Charlie Angell
charles@angellexpeditions.com
432-384-2008 Office Number (landline)
305-336-2787 (cell, call/txt)

**Since 2007**
**Guiding in Big Bend**

*Over 20+ Years Exploring and Guiding in the Big Bend Region of Texas*

Member of Dark Sky Texas

DarkSky TEXAS

beautiful landscape.

Trump's plan for border wall w
NBC News

Watch on

**The New York Times**

A Border Wall Plan Unites Republicans and Democrats in Texas: 'This Is Insane'

**Texas Highways, April 2026**

A Nighttime Canoe Trip by Rachel Monroe



**Big Bend River Tours**

Big Bend Overview
Santa Elena Canyon
Lower Canyons
Dark Canyon/Colorado Canyon
Boquillas Canyon
Hot Springs Canyon
Mariscal Canyon
Youth Groups
Devils River
Meetup Places
What to Bring
Film Location Scouting



**Excursions in Big Bend**

Chinati State Natural Area
Backpacking Trips
Birding Trips
Archaeology Tours
Dark Sky Camping
Hiking & ATV Outings
Mountain Bike Trips in Big Bend
Ojinaga Mexico, San Carlos, …
Offroad Tours
Lodging in Redford, Texas
Stay in Ruidosa, Texas
Devils River Fishing



In 2018 we hosted Anthony Bourdain & Parts Unknown.

A very special adventure.

See More



**Zone Tailed Hawk**

Photo by Gary Arthur

Book a Birding Tour






*Featured in Texas Parks & Wildlife, July 2025*

**PARK FEES**

See our Current Rates Page for information on the park entrance fees to expect when you visit Big Bend Ranch State Park, or Big Bend National Park.

**National Park Daily Report**

See the latest Big Bend National Park Daily

**Wild Rivers with Tillie**

The Río Grande – Jewel in the Desert

Season 1 Episode 02/01/2023

Rio Grande Canoe trip with Ti
angellexpeditions

Watch on

**Wild Rivers with Tillie**

The Devil's River – An Unexpected Gem in Texas

Season 1 Episode 02/01/2023

Report

Visit this page, choose the latest day, and scroll down till you see the PDF for the Daily Report, with water levels and all sorts of info. When water levels drop below 50 cfs, our options for river trips are limited, or not possible.  A 2.5 mile stretch of river that is still possible, is Dark Canyon in Big Bend Ranch State Park.  Please inquire.

**Bring Your Insect Repellent**

Eucalyptus, Citronella, etc.  There is a bloom of pesky gnats in the region.




Angell Expeditions leads a river adventure in Santa Elena Canyon. PHOTO: TARA DONNE

The Devils River with Tillie
angellexpeditions

Watch on

**See WildRiversWithTillie.org for more.**

Big Bend National Park in Te›
Rock the Park

Watch on




*Angell Expeditions profiled in Outside Online*

**Southern Living December 2024**

"8 Exciting Places In Texas Worth A Visit In 2025, According To A Texan"

All Roads Lead to Texas: Nature is Nurture | Atlas Obscura x Tra

All Roads

Watch on





**Rock The Park Film Crew**

**Weather & Special Situations**

See our Special Situations page for details

See Charlie's recent interview with Tumbleweed Smith

on weather and other last minute changes.

**Confirmations**

Once you've made plans, please confirm meeting places and times with us well in advance. Call our office a few days ahead, since the day-of we may be waiting for you in a place that doesn't have cell service, or you will be in a place without cell service. The directions to the meetup locations are on the Logistics Page. Also called the Meetup Page.

Also check out What to Bring pages for the Rio Grande, and for the Devils River

> *Hi Charlie,*
>
> *I just wanted to say thank you again for another fantastic river trip! Our group had an incredible time and I think it will be a big highlight of the course.*
>
> *We're very grateful for Lesley and Wesley who shared so much knowledge and expertise about canoeing and the region and were so dedicated as guides.*
>
> *Here's a link to our course blog if any of you are interested in the students' reflections from the trip and other things we've been up to!* *https://yak.wheretherebedragons.com/category/students/2021-spring-gap/rio-grande-semester-group-a/*
>
> *Thanks Charlie!*

We take small groups as well as large, and have experience with photo professionals and media folk, as well as school groups and organizations. From one to dozens, we can take you on an adventure in Big Bend that will delight and excite you. Each trip is custom to a small group based on ability and schedule.




Read about the NextTribe visit to Big Bend with lots of great information.
Article by Jeannie Ralston

*Best wishes,*

*Maddie*



**Photo by Wayne Lewis**

(see birding photography tours page for more)







Read the article in Southern Living

**We are in the “8 Exciting Places In Texas Worth A Visit In 2025, According To A Texan”**

Read the article in Southern Living




*St Joseph Church Lodging*

*We Accept All Major Credit Cards, Including Amex and Discover.*



**STAY AT THE HISTORIC ST JOSEPH**

**right across from our Redford Headquarters**

**The Best of Big Bend Travel**

At Angell Expeditions we know travelers spend all year saving up their time and money to come out to the Big Bend, so showing you a great time is our #1 goal, each and every time!

We hope you give us the opportunity to lead you through the most spectacular and fun part of Texas! We live here because we love it, and you'll recognize that through our work!

Once you've made plans, please confirm meeting places and times with us well in advance. Call our office a few days ahead, since the day-of we may be waiting for you in a place that doesn't have cell service, or you will be in a place without cell service. The directions to the meetup locations are on the Logistics Page.

**Rafting in Big Bend National Park with Rio Grande Outfitters** The Rio Grande River offers some great river rafting, canoe, and kayak trips. River trips will depend on water flow but when it's good, large rafts are lots of fun. When the water level is lower, canoe trips are great, and offer excitement. Call us to schedule to rafting trip in Big Bend National Park and in the Devils River. Click here to see more.

**Mountain Biking in Big Bend**
Expert to beginner, Big Bend offers some of the best mountain biking in the United States. For beginners, there are lots and lots of roads and trails that are well maintained, but off the beaten path. For more experienced riders, there are trails that will challenge every skill level. Not too many places you can ride 50 miles and never see a paved road. We offer guided cycling tours and mountain bike tours in Big Bend, as well as rent bicycles. Click here to see more.

**Driving Tours in Big Bend**
Four wheel drive vehicle tours down forgotten trails in the Chihuahan desert around the Chinati Mountains, Big Bend National Park, and Big Bend Ranch State Park. We have Jeep tours and ATV tours, reaching country that otherwise takes days of walking. Click here to see more.

**Hiking Guides in Big Bend**
If you enjoy the outdoors, and want to hike – either for the day, or for a week, we offer guided hiking in Big Bend. We handle the food, water, tents, navigation, and you enjoy some of the most beautiful country in the world. Hiking in Big Bend is best during the cooler season, and the desert and mountains are famous for warm days and cold nights.

**We Are Big Bend Outfitters**
Coming to Big Bend? Want to make the best use of your time, and have a great experience? Hire us as a guide, please send us the dates you are interested in, how many in your group, where you are staying during your visit, and type of activity. We can also make recommendations on other activities, dining and lodging. We are even listed in Fodors

**Current pricing:**
All activities require a 2 person minimum, solo individuals can pay for price of 2 or if possible pay single rate and ride with other scheduled groups. See our Rates Page for raft, canoe, & kayak trips, Jeep or ATV trips, Mountain Biking, Hiking, and more.

**Private tours** may not be available, especially for river

travel website and several others.

trips. See our rates page for more details.



**Big Bend Canoe, Raft, Kayak, …**

Type of watercraft used is dependent on river level, large rafts are only available on higher levels, generally late summer or early fall. Canoes and kayaks and even the Beast (stand up paddle board) are all available depending on water conditions and skills.

**Food**

Lunches can be provided at modest cost or clients can bring their own lunches, anyone with a special diet is advised to bring their own food, as our grocers have limited food variety. On multi-day trips, outdoor cooking is on the menu.

A very special canoe or kayak trip is the Devils River. Just beautiful.

**Charlie:**

I hope you are well. Just wanted to let you know that Emily and I had a great time. We appreciate the hard work that your guides put in throughout the trip. We have recommended you to others already. I've put up a review on Trip Advisor and completed the TPWD survey. We look forward to travelling with you again in the future. Also, what was the name of the children's book you told us about? It sounded like a great book for our grandkids.



Thanks,
David

**Charlie and crew,**
Our Devils River trip exceeded our expectations and left us wanting to do it again. Despite the wide range of our group's ages, from 11 to 72; and despite the differences in our kayaking expertise, from novice to pretty decent … you all were able to tailor the adventure accordingly for all of us. The adventurers got their share of fun, the novices had a very safe and enjoyable time. The surprise storm and fast rising river was an event that really showed how attuned you are to the potential dangers of the river, and how to mitigate quickly and appropriately. It was great to have you make all the necessary arrangements ahead of time, from the dependable shuttle to the three camping spots. We all appreciated the well prepared and abundant food, and never had a worry during the entire trip.

You and your crew were top notch, and you allowed us to have a fabulous time.

Thanks
Michelle Rumbaut, Steve White, Clint Taylor, John Sieben, and the rest of the gang …

**Canoeing in Big Bend**
April 29, 2019

Angell Expeditions was the perfect selection for us. We originally booked a raft trip, but it was changed to canoes as the water level





Varied Bunting  in Big Bend Ranch State Park, by Darrell Cochran



dropped and couldn't accommodate a raft. Charlie was responsive, especially with the lack of phone service in this remote part of the country. An AMAZING guide. He was patient with my parents (who are around 80 years old), super helpful, and made for a most memorable experience on the Rio Grande. It was totally worth paying more to be on a private tour. Definitely recommend and would do it again!!

**Charlie and Kat** were fun and funny and awesome. They know their flora and fauna here. The river tour was relaxing. We did the rafting with 6 people from 11:30 to about 2:30. We did canyon walk for 20 min. It was perfect nature as we did a little art in Marfa. It is far. At least two hours from Marfa.












TEXAS
HIGHWAYS
WILD
Compadres Crossing











*Roadrunner in Big Bend, photo by M Onyon*





EXPLORE

YouTube Videos
Trip Advisor
Stay in Redford
Stay in Ruidosa
Instagram
Facebook
Park Weather
Friends of Big Bend Ranch State Park

ANGELL EXPEDITIONS.com

DEVILS RIVER ADVOCATE
TREASURE • PRESERVE • PROTECT

FRIENDS OF THE RUIDOSA CHURCH

Angell Expeditions is a guide service in the Big Bend region of Texas. We provide river trips, hiking and ATV excursions, camping, trips into Mexico, birding, mountain bike trips, and lodging.

In addition, we have been honored to host media crews for both video and photo shoots.

Contact us to schedule your adventure.

---

© 2021 Angell Expeditions, Big Bend Visitor Outfitter & Guide

# EXHIBIT A-2

U.S. Customs and Border Protection

1300 Pennsylvania Avenue NW
Washington, DC 20229

February 20, 2026

**Mr. Charles Angell**
Post Office Box 136
Redford, Texas 79846

**Subject: Notice of Interest – Property Located Near Planned Border Barrier System Construction Projects**

Dear Mr. Angell,

U.S. Customs and Border Protection (CBP) and U.S. Border Patrol (USBP) are currently planning border barrier system construction along the southwest border, including in Presidio County, Texas. We have tentatively identified that we may need to enter the following property for either construction or access purposes BBT-PRS-2055 and BBT-PRS-2055-1. County records indicate that you may be that property's owner. If you are not the property owner, please disregard this letter and let us know immediately.

We write to you to formally notify you of CBP's interest in discussing the following:

- Potential acquisition of portions of your property related to project construction or maintenance;
- Potential access needs across or adjacent to your property; and/or
- Any real estate or boundary considerations that may arise as project design advances.

This letter is **not a purchase, lease, or easement offer or agreement,** and it does not oblige you in any way to provide access to or acquisition of your property. This letter is intended solely as an initial notification of interest and to open communication with you as the potential property owner.

When CBP determines that it needs access to property, either temporary or permanent, it has three options:

> **Option A**: Enter into a Right of Entry for Construction (ROE-C) agreement with the owner wherein CBP can access the property, complete surveys, appraise the property, and then complete construction. CBP would then separately negotiate a purchase or easement from the owner of any real property interests that it continues to need once construction is completed (including the land underneath whatever was constructed);

**Option** B: Not enter into an ROE-C, but negotiate a purchase or easement agreement with the landowner quickly enough that CBP's construction timelines are not impacted; or

**Option C**: If the landowner and CBP are unable to reach a negotiated purchase or easement agreement, referral to the U.S. Department of Justice to initiate the eminent domain/condemnation process.

Of these options, our preferred and ideal route is Option A, as it allows us to work collaboratively with you, complete construction as quickly as possible, and then pay you the fair market value of any property rights CBP determines it needs going forward. Enclosed is the ROE-C for your review and hopeful approval. If you agree, the ROE-C will allow CBP immediate access to the property so that we can complete necessary border barrier work. Once CBP has completed its surveys and determined what permanent or temporary property rights, if any, that it needs, we can then negotiate the purchase of those rights from you in accordance with The Uniform Relocation Assistance and Real Property Acquisition Policies Act, 42 U.S.C. Ch. 61 and 49 C.F.R. Part 24, ("The Uniform Relocation Act") which sets the rules for real estate acquisitions by the Federal Government.

Should you agree to the ROE-C, CBP will pay you a one-time amount of $2,500.00 so that it may immediately access your property and begin activities related to the border barrier project. **This amount is in addition to the fair market value of any real property rights CBP later determines that it needs to acquire from you** and is yours to keep even if CBP determines that it does not need your property for the border barrier project. The ROE-C does not grant CBP permanent access to your property, nor does it include the permanent transfer of any real property interests to CBP; it is just an agreement to provide CBP temporary access to the property so that it may conduct activities related to border barrier construction. Put differently, your land is still your land, you would just be giving CBP permission to enter onto your land and begin construction on border barrier infrastructure if necessary. Should CBP determine that it has a permanent need for any portion of your property, CBP will then need to separately acquire those property rights from you as required by The Uniform Relocation Act. **The ROE-C does not in any way waive your right to seek the fair market value of any permanent property interests CBP may need to acquire from you.**

It is always CBP's preference to obtain the necessary real estate for border barrier projects through voluntary agreements. However, please be advised that if we are unable to reach a voluntary agreement through negotiation within a reasonable time, CBP and/or its executing agency may proceed to refer the matter to DOJ to acquire any necessary property interest(s) through the exercise of eminent domain, in accordance with the Declaration of Taking Act (40 U.S.C. §§ 3113 and 3114).

For further information regarding the project, please refer to the following web address: Smart Wall Map | U.S. Customs and Border Protection (https://www.cbp.gov/border-security/along-us-borders/smart-wall-map). Please review the ROE-C and associated information, and, if acceptable, sign and return it within five (5) business days. Alternatively, we can provide a digital copy via email for electronic signature.

CBP has collaborated with the U.S. Army Corps of Engineers (USACE) on real estate efforts to support the work effort described above. If you have any questions or would like to discuss the information provided in this letter, we are available to schedule a meeting to provide additional details, address your concerns, and explore next steps. Should you have any questions please contact Robert Davalos, USACE Realty Specialist, (817) 886-1218 or e-mail robert.davalos@usace.army.mil.

We appreciate your time and consideration as CBP works to execute border barrier system construction projects to secure our nation's borders.

Sincerely,

Paul Enriquez
Director – Infrastructure Portfolio
Program Management Office Directorate
U.S. Border Patrol
U.S. Customs and Border Protection

Enclosure

CM: 9589 0710 5270 2540 5946 71
RM

# EXHIBIT A-3

**Border Infrastructure Project - PRS-2000s**

**BBT Sector / Presidio County**




**Legend**

Proposed Project Area

ParentTracts for Surveying Purposes

Reference

| County FIPS ID | Tracts |
|---|---|
| 48377 | BBT-PRS-2055-1 |

N
W E
S

0 300 600 Feet




**Warning:** This document is **FOR OFFICIAL USE ONLY (FOUO).**
It contains information that may be exempt from public release under the Freedom of Information Act (S U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

February 16, 2026

**Border Infrastructure Project - PRS-2000s** | **BBT Sector / Presidio County**




**Legend**

Proposed Project Area

ParentTracts for Surveying Purposes

**Reference**

| County FIPS ID | Tracts |
| --- | --- |
| 48377 | BBT-PRS-2055 |

N
W E
S

0 350 700 Feet




**Warning:** This document is **FOR OFFICIAL USE ONLY (FOUO).**
It contains information that may be exempt from public release under the Freedom of Information Act (S U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

February 16, 2026




# PLAT SHOWING:

Being a Boundary Retracement Survey of 21.40 Acres and 41