**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **CHARLES ANGELL and ANGELL EXPEDITIONS, LLC,**<br><br>***Plaintiffs*,**<br><br>**v.**<br><br>**MARKWAYNE MULLIN, The Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION; JOSH B. BARRETT, Acting Chief Patrol Agent of the United States Border Patrol's Big Bend Sector; LIEUTENANT GENERAL WILLIAM H. GRAHAM, Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers; and UNITED STATES ARMY CORPS OF ENGINEERS,**<br><br>***Defendants*.** | § § § § § § § § § § § § § § § § § § § § § § | **CIVIL ACTION NO. 5:26-cv-5580** |

**ORDER GRANTING PLAINTIFFS' APPLICATION FOR <u>TEMPORARY RESTRAINING ORDER</u>**

On this day came to be considered Plaintiffs Angell Expeditions, LLC and Charles Angell's (collectively, "Plaintiffs") Application for Temporary Restraining Order (the "Application") against Markwayne Mullin, The Secretary of Homeland Security (the "Secretary"); Department of Homeland Security (the "Department"); Rodney S. Scott, Commissioner of U.S. Customs and Border Protection (the "Commissioner"); U.S. Customs and Border Protection; Josh B. Barrett, Acting Chief Patrol Agent of the United States Border Patrol's Big Bend Sector; Lieutenant General William H. "Butch" Graham, Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers; and United States Army Corps of Engineers (the "USACE" or the

"Corps") (collectively, "Defendants"). The Court, after considering the pleadings on file, the evidence attached thereto, and hearing the arguments of counsel, is of the opinion that the Application should be GRANTED.

IT IS THEREFORE ORDERED that the Application is GRANTED in full.

IT IS FURTHER ORDERED that from the date of the entry of this Order, Defendants, together with their agents, attorneys, representatives, affiliates, assigns, and any and all other persons under Defendants' control and/or direction or acting in active concert and participation with them, are hereby immediately restrained and enjoined from taking the following actions:

(1) commencing or continuing any construction, blasting, excavation, road-building, or ground disturbance activities on or across Plaintiff's property pending resolution of this action;

(2) within the Big Bend Sector all ground disturbance, blasting, excavation, wall barrier, or wall-panel installation, new road construction, vegetation clearing, staging expansion, spoil disposal, mobilization for work, and other irreversible commitments by Defendants;

(3) using the power of eminent domain to acquire, take, condemn, use, or damage any property not located in the vicinity of an area of high illegal entry; and

(4) commencing or continuing any construction, blasting, excavation, road-building, or ground disturbance activities on Mariscal Mountain within the Big Bend Sector;

IT IS FURTHER ORDERED that A mandatory prospective injunction requiring Defendants to restore any harm or damage caused by activities performed by the Secretary or Department on Angell's property, the Big Bend National Park, or in the Big Bend Sector;

IT IS FURTHER ORDERED that Plaintiffs post a bond in the sum of $___________, which the Court finds is an appropriate and reasonable amount to fully protect Defendants' rights until a hearing can be held on Plaintiffs' Application for Preliminary Injunction.

IT IS FURTHER ORDERED that a hearing on Plaintiffs' Preliminary Injunction will be held before this Court on the _______ day of _________________________, 2026 at ________o'clock ___m., unless continued by Order of the Court.

IT IS FURTHER ORDERED that this Temporary Restraining Order shall expire on the fourteenth (14) day after its issuance, unless extended for good cause shown, by agreement of the Parties, or by further order of this Court.

IT IS FURTHER ORDERED the Clerk of the Court shall issue a writ of injunction to Defendants in accordance with the terms of this Order.

It is so ORDERED.

SIGNED this ______ day of __________________, 2026, at _________ __.m.

______________________________

UNTIED STATES DISTRICT JUDGE