**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**CHARLES ANGELL, ANGELL EXPEDITIONS, LLC,**

***Plaintiffs*,**

**v.**

**Case No. SA-26-CV-05580-JKP**

**MARKWAYNE MULLIN, SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF HOMELAND SECURITY, RODNEY SCOTT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER, U.S. CUSTOMS AND BORDER PROTECTION, U.S. CUSTOMS AND BORDER PROTECTION, JOSH BARRETT, ACTING CHIEF PATROL AGENT OF THE UNITED STATES BORDER PATROLS BIG BEND SECTOR, WILLIAM H. GRAHAM, CHIEF OF ENGINEERS AND COMMANDING GENERAL OF THE U.S. ARMY CORPS OF ENGINEERS, UNITED STATES ARMY CORPS OF ENGINEERS,**

***Defendants*.**

## O R D E R

Defendants informed the Court through email that the U.S. Customs and Border Patrol (CBP) will pause all ground disturbing activity for the Big Bend 2 and 4 Projects until **September 30, 2026,** to allow for additional public engagement. This agreement obviates the Court's immediate need to dispose of Plaintiffs' pending Motion for Temporary Restraining Or-

der and Preliminary Injunction. *ECF No. 2*. For this reason, the Court ORDERS the parties to file an advisory in this case outlining the parties' agreement on or before September 4, 2026.

It is so ORDERED.
SIGNED this 2nd day of September, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE