**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**CHARLES ANGELL, ANGELL EXPEDITIONS, LLC,**

***Plaintiffs,***

**v.**

**MARKWAYNE MULLIN, SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF HOMELAND SECURITY, RODNEY SCOTT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER, U.S. CUSTOMS AND BORDER PROTECTION, U.S. CUSTOMS AND BORDER PROTECTION, JOSH BARRETT, ACTING CHIEF PATROL AGENT OF THE UNITED STATES BORDER PATROLS BIG BEND SECTOR, WILLIAM H. GRAHAM, CHIEF OF ENGINEERS AND COMMANDING GENERAL OF THE U.S. ARMY CORPS OF ENGINEERS, UNITED STATES ARMY CORPS OF ENGINEERS,**

***Defendants.***

**Case No. SA-26-CV-05580-JKPSA-**

## TRANSFER ORDER

On August 28, 2026, this action was filed and assigned to the docket of the undersigned. This case is related to previously filed cases based upon the same facts and with similar issues and causes of action assigned to United States District Judge Kathleen Cardone.

In the interest of consistency of judicial opinion and judicial economy, it is ORDERED that upon consent of both judges, this case be transferred to the docket of United States District Judge Kathleen Cardone for all purposes.

Pursuant to the Amended Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.

It is so ORDERED.
SIGNED this 15th day of September, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE