# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **CHARLES ANGELL and ANGELL EXPEDITIONS, LLC** | § | |
| | § | |
| ***Plaintiffs*,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:26-cv-05580-KC-RBF** |
| | § | |
| **MARKWAYNE MULLIN, The Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION; JOSH B. BARRETT, Acting Chief Patrol Agent of the United States Border Patrol's Big Bend Sector; LIEUTENANT GENERAL WILLIAM H. GRAHAM, Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers; and UNITED STATES ARMY CORPS OF ENGINEERS** | § | |
| | § | |
| ***Defendants*.** | § | |

**UNSWORN DECLARATION OF CHARLES ANGELL IN SUPPORT OF**
**<u>PLAINTIFFS' SECOND AMENDED COMPLAINT</u>**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF PRESIDIO | § |

Know all men by these presents, that before me, the undersigned authority, on this day personally appeared CHARLES ANGELL, who upon his oath did depose and state:

1. My name is Charles Angell. I am over the age of twenty-one (21) years old. I reside at, and Angell Expeditions, LLC ("Expeditions") is located at, 302 El Polvo Road, P.O. Box 165, Presidio County, Texas, Redford, Texas 79846. I have never been convicted of a crime involving moral turpitude. I have personal knowledge of the facts set forth herein. I am of sound

mind and based upon my personal knowledge am otherwise competent to make this Declaration in support of Plaintiffs' Second Amended Complaint (referred to herein as "Declaration"). This Declaration incorporates and does not replace the affidavit I previously made in support of Plaintiffs' First Amended Complaint but includes additional facts as presented below.

2. I am the sole managing member of Angell Expeditions, LLC, a Texas limited liability company. Expeditions operates river, and related and incidental mountain biking, hiking, camping, and birding trips as well as related activities and driving tours in the Big Bend National Park, Big Bend Ranch State Park, and surrounding area (the "Activities").

3. As set forth more fully in this Declaration, I have concrete, personal, and business interests in the waters, lands, and natural resources on which I base my livelihood that will be adversely impacted by the project to build a portion of the border wall through the Big Bend area and my property (the "Project"). These interests, as well as my home and business, include my longstanding recreational use and aesthetic enjoyment of Big Bend National Park, Big Bend Ranch State Park, the Rio Grande Wild Scenic River, and the surrounding areas as well as my business use of the land I own, Big Bend National Park, Big Bend Ranch State Park, Rio Grande Wild Scenic River, and the surrounding areas. These interests are threatened with harm and will be harmed by the Project and the failure of the Defendants to comply with constitutional law.

**A. Moving to the Big Bend**

4. In the summer of 2001, my father, who owned property in Presidio County, Texas near Big Bend National Park, passed away. I visited my father's home after his passing to scatter his ashes and to take possession of my father's home and several acres in Presidio County, Texas. For the next seven years, I commuted back and forth from the Miami, Florida area to Presidio County, Texas. During that time, I continued to work on my father's previous home and hiked,

mountain biked, camped, went off-roading in my Jeep, rafted the Rio Grande, and regularly explored and learned more about the Big Bend region.

5. In 2008, I sold my construction company in Miami, Florida to move to the Big Bend region permanently and became a full-time resident. I continued to: hike, bike, camp, raft, boat, explore, and learn more about the area when I moved there permanently. In order to earn revenue, I started taking visitors on guide trips and worked construction and roofing jobs for neighbors in the area.

**B. Creation of Expeditions**

6. In 2008, I started Expeditions as a Big Bend area travel and guide business conducting tours of the surrounding Big Bend parks and other lands. During its early days, Expeditions hired various people to be guides on behalf of the business, and I also acted as a guide myself. I continue to be active in the business – acting as an Expeditions guide and trip coordinator. Expeditions still employs others seasonally as guides.

7. Expeditions operates out of the home I personally own located at 302 El Polvo Road, Redford, Texas 79846. There are six other structures on this one-acre property that primarily house the equipment used by Expeditions. To support my guide business, Expeditions purchased and now owns mountain bikes, kayaks, canoes, rafts, and other vehicles to take visitors on guided tours. At this time, I own approximately thirty-five (35) mountain bikes, fifty (50) kayaks, canoes, and rafts, and eight (8) vehicles, all used in connection with my business.

**C. Permits in the Parks and Surrounding Areas**

8. Expeditions has an active Commercial Use Authorization with the United States Department of the Interior for Boat Tours to conduct guided canoe/kayak and/or raft tours within Big Bend National Park/Rio Grande Wild & Scenic River (the "Authorization"). A true and correct

copy of the Authorization is attached hereto as Exhibit A-1. This authorization is valid up to and including December 31, 2027 and permits Expeditions to utilize visitor transportation and shuttles and to permit camping and hiking incidental to a river trip.

9. Expeditions also has a Guide Service Concession Contract with the Texas Parks and Wildlife Department that expires on May 31, 2029 (the "Contract"). A true and correct copy of the Contract is attached hereto as Exhibit A-2. The Contract permits Expeditions to conduct the following guided activities related to the conservation, use, and enjoyment of Big Bend Ranch State Park: guided day and overnight river trips, jeep, biking, and hiking tours that could include prepared meals.

**D. Expeditions' Guided Tours**

10. Guided tours through Expeditions consist of day trips and half-day trips as well as overnight trips ranging from two nights to eight nights. The tours usually consist of two to four people but can include groups of as many as thirty to thirty-five people. I provide guided tours throughout the neighboring Big Bend Ranch State Park, Big Bend National Park, and along the Rio Grande Wild and Scenic River Area. Expeditions conducts approximately 200 tours annually. Many trips include multiple clients and/or families scheduled for the same date and time. The peak months for guided tours at Expeditions are March, April, May, June, October, November, and December.

**i. Hiking Tours**

11. In the Big Bend National Park, Expeditions has conducted guided hiking tours on the following forty-three trails: (1) South Rim, (2) Juniper Canyon, (3) Dodson, (4) Blue Creek, (5) Window, (6) Window View, (7) Lost Mine, (8) Pine Canyon, (9) Oak Spring, (10) Cattail Falls, (11) Ward Spring, (12) Sam Nail, (13) Burro Mesa, (14) Burro Mesa Top, (15) The Chimneys,

(16) Mule Ears, (17) Smoky Creek, (18) Homer Wilson Ranch, (19) Tuff Canyon, (20) Santa Elena, (21) Dominguez Spring, (22) Elephant Tusk, (23) Mariscal Rim, (24) Cross Canyon, (25) Hot Springs, (26) Hot Springs Canyon, (27) Rio Grande Village Nature Trail, (28) Ore Terminal, (29) Marufo Vega, (30) Boquillas Canyon, (31) Telephone Canyon, (32) Strawhouse, (33) Ernst Tinaja, (34) Chihuahuan Desert Nature Trail, (35) Dugout Wells, (36) Grapevine Hills, (37) Dog Canyon, (38) Persimmon Gap, (39) Mesa de Anguila, (40) Dorgan Sublett, (41) Terlingua Abajo, (42) Terlingua Creek, and (43) Croton Springs. I have personally hiked on all of these trails.

12. Expeditions commonly conducts guided hiking trails on the Lost Mine, Pine Canyon, Cattail Falls, Santa Elena, Chimneys, Emory Peak, Boot Spring, South Rim, Mariscal Mine, Ernst Tinaja, Hot Springs, Hot Springs Canyon, Rio Grande Village Nature trail, Grapevine Hills, Window, Window Loop, Laguna Meadows, and Tuff Canyon areas and trails.

13. In Big Bend Ranch State Park, Expeditions has conducted guided hiking tours in the following forty-four trails: (1) Las Burras, (2) Closed Canyon, (3) Auras Canyon, (4) Tapado Canyon, (5) East Rancherias, (6) West Rancherias, (7) Guale Connector, (8) East and West Contrabandos, (9) Dome Loop, (10) Dog Cholla, (11) Crystal Trail, (12) Camino Viejo, (13) Buena Suerte, (14) Upper and Lower Shutups, (15) Tres Papalotes, (16) Los Alamos, (17) Pila Montoya, (18) La Monilla, (19) Chorro Vista, (20) Madrid Falls, (21) Mexicano Falls, (22) Guale 1 and 2, (23) Horsetrap, (24) Javalin Pens, (25) Fresno Vista, (26) Papalote Severo, (27) Yedra, (28) Agua Adentro, (29) Ojito Adentro, (30) Tascate, (31) Rancho Viejo, (32) Cuevas Amarillas, (33) Calera Spring, (34) Vista de Bofecillos, (35) Cinco Tinajas, (36) Crow Town, (37) Shaman Cave, (38) Cat Springs, (39) Casa Ramon, (40) Lower Alamito, (41) Fresno Divide, (42) Crawford-Smith, (43) Fresno Canyon, and (44) Papalote Escondido. I have personally hiked on all of these trails.

Out of the trails listed in this paragraph, Expeditions has led biking tours on approximately twelve of the trails listed.

14. Expeditions frequently conducts hiking tours on the Ojito Adentro, Closed Canyon, Rancherias Loop, Monilla Canyon, Cuevas Amarillas, Yedra, Cinco Tinajas, Papalote Escondido, Calera Spring, Rancho Viejo, Chorro Vista, Madrid Falls, and Fresno Mine trails. Expeditions also commonly provides biking tours on the Buena Suerte, Dome Loop, Crystal, Dog Cholla, Camino Viejo, Fresno Creek, and Las Burras Loop trails.

**ii. Driving Tours**

15. Expeditions organizes driving tours throughout Big Bend National Park and Big Bend Ranch State Park. In Big Bend National Park, Expeditions has completed driving tours on the following roads: Ross Maxwell, Old Maverick, Persimmon Gap, Old Ore Road, River Road, Black Gap, Mariscal Mine, Pine Canyon, Glenn Springs, and Paint Gap. In Big Bend Ranch State Park, Expeditions has provided driving tours on the following roads: Sauceda Road, River Road 170, Las Burras, Fresno Mine, Guale Mesa, Yedra, and Casa Piedra. I have personally driven on all of these roads.

**iii. River Tours**

16. For river tours, Expeditions utilizes the Rio Grande River throughout the Big Bend National Park, Big Bend Ranch State Park, and the Wild and Scenic portion of the Rio Grande River. It has approximately thirty-five areas of entry onto the Rio Grande in the Big Bend National Park, the Big Bend Ranch State Park, and the Rio Grande Wild and Scenic River. Expeditions utilizes some portion of these areas of entry approximately 200 days per year in multiple vessels and vehicles. Expeditions headquarters at 302 El Polvo Road, Presidio County, Texas, Redford, Texas 79846 is four miles from the Big Bend Ranch State Park entry.

**iv. Bird Watching Tours**

17. I also provide bird-watching tours from the deck at my home, in Big Bend Ranch State Park, and in Big Bend National Park. As a portion of my house is also my office and location for departure for certain tours, Expeditions hosts birdwatching tours in the grove of trees along the banks of the Rio Grande and on the back patio of my home. Expeditions has two wooden observation decks for birdwatching facing the Rio Grande River. In Big Bend Ranch State Park, Expeditions has separate wildlife and birdwatching tours at two separate wildlife watching and bird blinds that are camouflaged shelters for tour groups to watch or photograph birds and wildlife up close without being seen. I, along with certain members of my staff at Expeditions, helped volunteer to construct and develop these blinds. Expeditions continues to maintain these structures. In Big Bend National Park and in Big Bend Ranch State Park, there are also various springs where Expeditions conducts birdwatching tours. I have personally witnessed owls, osprey, hawks, finches, and hundreds of other species of birds from my property. While this serves as a revenue source for Expeditions, I also regularly engage in bird watching activities. I personally birdwatch in the same areas detailed in this paragraph at my home, in Big Bend Ranch State Park, and Big Bend National Park where Expeditions hosts its birdwatching tours and travels along the Rio Grande.

18. In addition to the above activities, I also have personally floated the Rio Grande in both the Big Bend National Park and Big Bend Ranch State Park for a total of approximately 1,200 days, which includes a combination of day trips and overnight trips either Expeditions has hosted or I have taken separately. The canyons I have most frequently floated in are the Colorado Canyon, Dark Canyon, Hoodoos Canyon, Grassy Banks, Santa Elena Canyon, Mariscal Canyon, Hot

Springs Canyon, Temple Canyon, Solis Canyon, Boquillas Canyon, the Lower Canyons, and the Langtry Reach.

19. On an annual average, Expeditions generates annual revenue of approximately $320,000.

**E. Condemnation Threats**

20. On February 20, 2026, I received a "Notice of Interest" letter from U.S. Customs and Border Control ("CBP") identifying my property located at BBT-PRS-2055 and BBT-PRS-2055-1 as the subject of condemnation in connection with the Project. A true and correct copy of the February 20, 2026 letter is attached hereto as Exhibit A-3.

21. On or around September 9, 2026, I was informed that an archeologist from the Texas Historical Commission was issued a permit to conduct work on the historic site on my property in an effort to gather research prior to construction of the border wall on my property.

**F. Adverse Impacts of Border Wall**

22. The Project will adversely impact my business, recreational, aesthetic, and environmental interests in the following ways:

a. If my property is condemned, it will affect the operation of my business, my livelihood, and my recreational use of my property by blocking my access to the Rio Grande River, preventing me from launching boats off the Rio Grande River, and disrupting my ability to live and operate my guide business in Big Bend National Park, Big Bend Ranch State Park, and surrounding areas during the construction of the border wall through or nearby my property;

b. The Authorization authorizes activities related to "Boat Tours." By eliminating access to the Rio Grande I am deprived of the benefits of and permissions under the Authorization in violation of my due process rights. The Authorization contains no provision or process for its revocation; and

c. The presence of the border wall on my property or nearby will diminish my property value and the value of my business, including the annual revenue Expeditions brings in.

23. The harm to my interests is imminent. In addition to the "Notice of Interest" letter I received initiating the threat of an eminent domain process through condemnation prior to the current "pause," construction had already begun on the border wall in Big Bend National Park. Additionally, a permit has already been issued to an archeologist to conduct work on my property in anticipation of construction on my property.

24. I intend to continue using and attempting to enjoy my property, Big Bend National Park, and the surrounding areas for my business as well as for wildlife and bird observation and other recreational activities because I have no other choice. The construction of the Project and the associated impacts to the Rio Grande River and other wildlife habitats will diminish and impair my use and enjoyment of these areas. These harms are concrete, particularized, and not merely speculative.

25. I will suffer concrete injury from the construction and operation of the Project and its impacts on Big Bend National Park, Big Bend Ranch State Park, wildlife habitats, and the surrounding environment. My use and enjoyment of Big Bend National Park, Big Bend Ranch State Park, and the surrounding lands and waters would be diminished by the Project.

26. Even more important than my loss of use, enjoyment, and livelihood is that my constitutional rights and those of every other citizen are violated by the unconstitutional actions authorized by the IIRIRA and the July 27, 2026 Determination of the Secretary.

27. I understand delegating legislative power to the Executive Branch in the Secretary of Department of Homeland Security will ultimately result with the Secretary exercising power not authorized to be delegated by Congress to authorize him to take action pursuant to that unconstitutional delegation.

28. It is important to me, and important to my procedural rights and in particular in light of the numerous laws that might have been appealable, the Constitution of the United States be followed. Every constitutional right is my, and every other citizen's, constitutional right and unconstitutional empowerment of the Executive Branch beyond its constitutional authority concerns me and harms me. The fact that the Department of Homeland Security ("Homeland Security") is constructing the border wall and related roads and construction areas in an area where few if any border crossings occur is unnecessary and outside its authority.

29. As a part of my business, I am in the Big Bend National and Big Bend Ranch State Park and go up and down the Rio Grande River almost daily. My house and business are located approximately 200 feet from the Rio Grande River. In the last thirteen (13) years I have seen only one person crossing the Rio Grande River and I understand that was to return a dog that escaped. On rare occasions, I have seen evidence of people who might have crossed the River but that could have been a fishing camp on the United States' side of the River for other activities. I do see families and others enjoying the River from the Mexico side but no crossings. I understand from the CBP statements I have received, the Big Bend Sector has the fewest crossings of any sector on the Southern Border. All of these observations and facts support my testimony the Project in the Second Amended Complaint, the Motion for Preliminary Injunction, and in the Temporary Restraining Order, is unnecessary without purpose or need.

30. Because of the reasons set forth herein, I request a Temporary Restraining Order, Preliminary Injunction, and a Permanent Injunction be entered preventing Defendants from (1) commencing or continuing any construction, blasting, excavation, road-building, or ground disturbance activities on or across Plaintiffs' property pending resolution of this action; and (2) commencing or continuing any construction, blasting, excavation, road-building, or ground

disturbance activities on Mariscal Mountain within Big Bend National Park or within the Big Bend Sector. I also request a mandatory prospective injunction be entered commanding Defendants to restore the damage they have done to date.

31. As a managing member of Expeditions and in my personal capacity, I am authorized to state that my interests and injuries as well as those of Expeditions as described in this Declaration.

My name is Charles Angell, my date of birth is August 18, 1966, my work address is 302 El Polvo Road, P.O. Box 165, Presidio County, Texas, Redford, Texas 79846. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on September 15, 2026.

CHARLES ANGELL

# EXHIBIT A-1

NPS Form 10-115 (Rev. 11/2019)
National Park Service

OMB Control No. 1024-0268
Expiration Date: 2027-12-31

# UNITED STATES DEPARTMENT OF THE INTERIOR
## National Park Service

**Big Bend National Park**
PO Box 129
Big Bend National Park, TX 79834-0129
Jessie Knirsch, CUA Coordinator
Phone Number: 432-213-3309

## COMMERCIAL USE AUTHORIZATION

UNDER THE AUTHORITY OF P.L. 105-391 Section 418, (54 U.S.C. 101925)

1. **Authorization Holder Information:**
   **Business Name (DBA):** Angell Expeditions
   **Contact Name:** Charles Angell
   **Address:** P.O. Box 165, Redford, Texas 79846-0165
   **Phone:** 432-384-2008

   **Permit Number:** BIBE-2026-962f4261
   **Authorization Date:** February 01, 2026
   **Expiration Date:** December 31, 2027

2. **Authorized Activity:**
   Boat Tours - non-motorized

3. **Summary of authorized activity:**
   This CUA for Boat Tours - non-motorized authorizes canoe/kayak or raft tours with guide service or delivery/outfitting river equipment within Big Bend National Park / Rio Grande Wild & Scenic River. Visitor transportation/shuttle is authorized under this CUA. Camping/hiking are authorized under this CUA if incidental to river trip. A copy of the entire CUA must be present and accessible at all times while conducting business in the park. A printed or digital copy may be used.

4. **Service Specification:**
   2026-27 Boat Tours - non motorized

5. **Owner and Authorized Agents:**
   Charles Angell | President | charles@angellexpeditions.com

6. **Will your business operate vehicles/vessels/aircraft within NPS boundaries?**
   Automobiles/Vehicles: Yes
   Aircraft: "No
   Watercraft: No

7. **Additional Comments** (If applicable):

8. **Signature:**
   ***The parties below hereby accept this authorization subject to the conditions, covenants, obligations, and reservations, expressed or implied herein.***

   Authorization Holder: *Charles Angell*

   Authorizing NPS Official: *Rick Gupman* Date Approved: February 01, 2026

# EXHIBIT A-2

Contract ID #042225-3

# 2025-2029

## GUIDE SERVICE CONCESSION CONTRACT

## BETWEEN

## TEXAS PARKS AND WILDLIFE DEPARTMENT

## AND

## ANGELL EXPEDITION, LLC

## AT

## BIG BEND RANCH STATE PARK COMPLEX

Contract ID #042225-3

# GUIDE SERVICE PROVIDER/CONCESSION CONTRACT

This Contract is made and entered into by and between the Texas Parks and Wildlife Department hereinafter referred to as "Department" and **Angell Expedition, LLC**, with an address of **P.O. Box 165, Redford, Texas 79846-0165** hereinafter referred to as the "Guide Service Provider/Concessionaire".

## WITNESSETH:

**WHEREAS**, the Department is an agency of the State of Texas, authorized to and charged with the responsibility of acquiring and maintaining a system of public parks for the benefit of the people generally; and

**WHEREAS**, the accomplishment of the said purposes requires that facilities and services be provided for the public visiting the parks; and

**WHEREAS**, the State of Texas has not itself provided such necessary services for park visitors and desires the Guide Service Provider/Concessionaire to establish and operate the same at reasonable rates under the supervision and regulation of the Department; and

**WHEREAS,** The Guide Service Program will be used by the Park Superintendents in the State Parks Division to provide, through designated Guide Service Providers/Concessionaires, appropriate touring and related activities within that unit of the Department's State Park System. The primary objectives of the Guide Service Program are to ensure that guide services within State Parks are conducted in a competent manner that is respectful of the park's natural and cultural resources; that they conserve the resources, and that they serve to enhance the park visitors' understanding and experience. The Guide Service Program applies to both for-profit and non-profit organizations.

**NOW THEREFORE**, pursuant to the authority contained in Parks and Wildlife Code, Section 13.015, the parties, in consideration of the mutual promises herein expressed, covenant and agree to and with each other as follows.

## SECTION 1. TERM OF CONTRACT

A. This Contract shall become effective upon the date of the last signature of the parties involved, and shall terminate on **May 31, 2029**. No right of renewal is granted hereunder.

## SECTION 2. ACCOMMODATIONS, FACILITIES AND SERVICES AUTHORIZED

A. The Department authorizes the Guide Service Provider/Concessionaire, during the term of this Contract, to provide guided services for the public within Big Bend Ranch State Park Complex, herein referred to as the "Park", situated in Presidio and Brewster Counties, State of Texas, as follows:

1. The Guide Service Provider/Concessionaire is allowed to conduct the following guided activities related to the conservation, use, and enjoyment of the Park and its resources: guided day and overnight river trips, jeep, biking and hiking tours that could include prepared meals.

2. The authorized guided activities are subject to the following terms and conditions, in addition to any terms and conditions outlined in the "Guidelines for the Guide Service Program," attached as **Exhibit A**, and incorporated herein for all purposes:

a. Depending on demand, the Department may place limits on the number of trips and user days allowed under the Contract. Any group exceeding fifteen (15) people requires additional guides. Guides will not be counted against the trip size.

b. Guide Service Provider/Concessionaire and designated guide employees will be required to complete an orientation program, conducted by the Department that will focus on preservation of the area's resources, interpretation and safety guidelines. All guide service activities must be conducted as described in the orientation Guide service provider/Concessionaire and designated guide employees must attend <u>**one**</u> BBRSP orientation regardless of contract year. Guide Service Provider/Concessionaire may require their employees to attend the Big Bend Ranch State Park Orientation beyond the one-time

requirement should the Guide Service Provider/Concessionaire or Park feel that remediation and additional training are necessary.

c. All trips will be led by at least one trained guide(s) competent in the specific activity to be conducted. Competency standards are defined as those prevailing in the industry and used by reasonable and prudent operators.

d. **Backcountry permits must be acquired at least one week prior to the applicable trip.**

e. All vehicles accessing the Park under this Contract must be maintained in a safe operational condition and meet all federal, state, and local laws that govern the use of motor vehicles in Texas. High clearance and four-wheel drive vehicles are recommended on the roads and boat ramps where signage indicates

f. All private unmarked vehicles must display valid entrance fee permits while inside the state park boundary.

g. The Guide Service Provider/Concessionaire must inspect all equipment daily or submit to the Department for review, a detailed maintenance schedule. No equipment that poses a threat to health or safety will be provided to the public. Use of or providing unsafe equipment is a material breach of this contract

3. The Guide Service Provider/Concessionaire acknowledges and agrees to comply with all applicable Texas Boating Laws and the Texas Water Safety Act requirements, and it must comply with all aspects of these laws in the conduct of any guide service activities. The Guide Service Provider/Concessionaire must maintain all water recreation equipment in a safe condition to meet safety rules, regulations, and laws. Each person riding on or in a vessel must be furnished a U.S. Coast Guard approved life jacket. No equipment that poses a threat to health or safety will be provided to the public. Use of or providing unsafe equipment is a material breach of this contract.

B. Guide Service Provider/Concessionaire will furnish a communication device capable of contacting Park or appropriate authorities in the event of an emergency.

C. The Guide Service Provider/Concessionaire acknowledges and understands that any activity involving the preparation and handling of food will conform to all applicable Federal, State, and local laws and regulations, including but not limited to the Texas Department of State Health Services food preparation, sanitation, and handling guidelines.

D. The Guide Service Provider/Concessionaire may not provide any additional services or activities not listed above. Any additional activities requested must be submitted via written detailed application and specifications to the Department, and pre-approved by the Department. Such written approval or addendums shall be attached to this Contract.

E. The Guide Service Provider/Concessionaire shall at its own cost, risk, and expense, maintain and provide the services as defined in this Contract, to such extent and in such manner as the Department deems satisfactory and necessary for the Guide Service operation.

F. All accidents, incidents, and/or injuries occurring within the Park must be reported as soon as reasonably possible to the Park Superintendent or designated Park representative on duty that day.

## SECTION 3. RATES, RESERVATIONS AND USE OF OTHER PARK FACILITIES

A. Guide Service Provider/Concessionaires should consider marketplace factors, demand, competitive environment, customer price value, satisfaction and Concessionaire's profitability in setting rates and charges. The reasonableness of those rates and charges to the public shall be judged primarily by comparing with current charges for services of comparable character operated under similar conditions.

B. All rates and charges to the public by the Guide Service Provider/Concessionaire must have written approval by the Department five (5) days in advance of the proposed implementation of the rates or charges

C. Reservations for use of park facilities not specifically granted by the Guide Service Contract will be permitted, but must be made separately through the Department's Customer Service Center (CSC) or at the park ranger stations, and are subject to the Texas State Parks reservation policies and procedures, attached hereto as **Exhibit B** and incorporated herein for all purposes.

## SECTION 4. DEPARTMENT'S LAND AND IMPROVEMENTS

A. The Guide Service Provider/Concessionaire will not be allowed to construct any temporary or permanent structure in the Park, and will not be assigned permanent use of any buildings, or portion thereof, located in the Park.

B. The Guide Service Provider/Concessionaire's submitted proposal that outlines proposed guide service activities, routes, camps, and destinations is attached as **Exhibit C** and incorporated herein for all purposes. The Guide Service Provider/Concessionaire must obtain prior written approval on all use areas (which may be accomplished through this Contract).

C. This contract does not convey or grant any preferential use of specific areas within the Park.

## SECTION 5. ACCOUNTING RECORDS AND REPORTS

A. **Records and Reports Requirements:** Guide Service Provider/Concessionaire shall maintain accounting records and prepare financial reports in such manner and make them available at such times as may be prescribed by the Department as it relates to the contracted guide service activities within the Park. All accounting records and financial reports must be:

1. Prepared and maintained in accordance with generally accepted accounting and/or auditing principles and standards.

2. Sufficient to verify that the per person per day use fees due to the Department hereunder are correct; and

3. Retained for a period of seven (7) years after the date of Contract termination.

B. **Audits/Examinations:** The Department, its Internal Auditors, and the State Auditor's Office or successor agencies shall have the authority at any time during the term of and up to seven (7) years after the termination of the Contract to access, review, examine, audit, and investigate all Guide Service Provider/Concessionaire's books, accounts, reports, correspondence, files, memoranda, and other records that relate to guide service activities conducted in the Park. Guide Service Provider/Concessionaire further agrees to cooperate fully with any authorized audit or examination, including providing unrestricted access to all records relating to this Contract.

C. **Monthly Reports:** No later than the **20th** of each month during the Contract term, Guide Service Provider/Concessionaire must submit to the Department monthly itemized detailed reports (**Exhibit D)** *State Parks Guide Service Provider/Concessionaire Sales Report* attached) of all gross receipts pursuant to the privileges authorized in this contract. These and any other reports as required, or as may be amended, should be in a form and format that is prescribed by the Department's State Parks Business Management Section, and should provide sufficient information about the Guide Service Provider/Concessionaire's business and operations to verify gross receipts and the appropriate amount of per person per day use fees due. Exhibit D, or an alternate pre-authorized sales report, is the required reporting format.

D. **Annual Reports:** Guide Service Provider/Concessionaire shall submit an "Annual Report" consisting of annual gross revenue and visitation figures as they relate to the guide service activities conducted within the Park.

1. The Annual Report must be received by the Department on or before December 29th or not later than one hundred twenty (120) days after the last day of each fiscal year (September 1st – August 31st) during the Contract term for the preceding fiscal year, or portion of a year if applicable; and

2. Submitted both to the Park Superintendent and the Department's Business Management Section at their addresses in Section 12.B.1 & B.2.

E. **Public Information:** The Guide Service Provider/Concessionaire acknowledges that any information provided to the Department may be subject to the Texas Public Information Act (Act), and therefore shall mark as confidential any such provided information that the Guide Service Provider/Concessionaire believes is confidential by law or otherwise not subject to the Act. In the event the Department receives an open records request for information marked as "confidential" by the Guide Service Provider/Concessionaire, the Department shall notify the Guide Service Provider/Concessionaire that the Department has requested an Open Records Decision from the Office of the Attorney General, and that the Guide Service Provider/Concessionaire is responsible for submitting arguments in support of nondisclosure of the confidential information. Alternatively, if such information must be disclosed, the Department will provide Concessionaire advance notice of such disclosure

F. **"Gross Receipts"** is defined as the total amount received or realized by, or accruing to, the Guide Service Provider/Concessionaire from all cash or credit sales of services made pursuant to the privileges authorized in this Contract.

## SECTION 6. PAYMENTS TO THE DEPARTMENT

The Guide Service Provider/Concessionaire shall provide to the Department the following payments (herein referred to as "annual franchise fees"):

1. An annual franchise fee of **$500.00** (Five Hundred Dollars) will be charged at the signing of the Contract for the first year.

2. Each subsequent year's Annual Franchise Fees are due on **May 1st** from the previous year's payment, for the right to provide the guide services at the Park through **May 31, 2029**. (see below annual fee due dates):

FY26 Annual Fee due May 1, 2026

FY27 Annual Fee due May 1, 2027

FY28 Annual Fee due May 1, 2028

3. The annual franchise fees are due and payable to Big Bend Ranch State Park. These fees shall be delivered to the Park, at the address in the Notification and Communication Section 12.B.1 of this Contract.

B. In addition, the Guide Service Provider/Concessionaire will pay to the Department a separate use fee based on the number of participants in the guided services (calculated at a per person, per day rate) as follows:

1. The Guide Service Provider/Concessionaire will pay to the department a use fee of **$5.00** per person per day for services rendered to children 12 years of age and under and a use fee of **$7.00** per person per day for services rendered to individuals 13 years of age and older. This fee covers only the Guide Service Provider/Concessionaire activities in the Park and does not allow the Provider/Concessionaire client's all-day use of park resources and/or facilities.

2. All use fees are due and payable to the Department at the address in Section 12.B.1 on or before the **20th day of the month following the month they accrue**. By close of business day at the Barton Warnock Visitors Center.

C. Guide Service Provider/Concessionaire acknowledges that prompt payment of fees is of the essence, that the Department will incur additional costs if fees are not paid by Guide Service Provider/Concessionaire as agreed, and that estimation of those damages would be onerous or unfeasible. Therefore, in addition to the fees identified in Sections 6.A and 6.B, Guide Service Provider/Concessionaire agrees to pay the Department:

1. Liquidated damages, and not a penalty, in an amount equaling 5.0% of the guide service fee owing if not paid as required under the Contract;

2. An additional amount equaling 5.0% of the guide service fee for any guide service fee paid after 31 days from the date due. The additional amounts assessed under this paragraph shall become due at the date they accrue; and,

3. Yearly interest on all delinquent guide service fees (prime rate plus one per cent, as published in the Wall Street Journal on the first day of the calendar year that is not on a Saturday, Sunday or a legal holiday). This interest rate may not exceed the rate established in the Texas Tax Code §111.060 and §111.061 or other applicable Texas law.

4. Payments/interest under Section 6.C may be waived by the Department's Executive Director for good cause.

5. In the event of a dispute as to the computation of Guide Service Provider/Concessionaire fees to be paid, the determination of the Department, consistent with the provisions of this section and Section 14, is final.

## SECTION 7. TERMINATION.

A. Either party shall have the right at any time to terminate this Contract by giving the other party thirty (30) days' notice by certified mail, return receipt requested. If notice is so given, this Contract shall terminate and the liability of the parties under this agreement for the further performance of the terms of this Contract that do not survive termination shall then cease, but they shall not be relieved of this duty to perform their obligation up to the date of the termination.

B. This Contract may be cancelled by the Department, without penalty, either in whole or in part, if funds are not appropriated by the Texas Legislature or otherwise made available to the Department, or if subsequent law or regulations prohibit the Department from continuing its performance under any term of this Contract.

## SECTION 8. ASSIGNMENT

This contract may not be sold, transferred, assigned, or used in any manner by persons other than the Guide Service Provider/Concessionaire. Moreover, the Contract does not convey or grant any preferential right of renewal.

## SECTION 9. NO PREFERENTIAL RIGHTS

A. Guide Service Provider/Concessionaire is granted neither a preferential right, nor an exclusive or monopolistic right, to provide public services in the Park.

B. Nothing contained in this section or elsewhere in this Contract shall be construed as interfering with any lease, easement, permit, right, or privilege heretofore entered into or granted by the Department on the lands comprising the Park.

## SECTION 10. INSURANCE

### COMMERCIAL GENERAL LIABILITY POLICY

A. Guide Service Provider/Concessionaires are required to obtain and maintain at their own expense a commercial general liability policy from a US based company naming the Department as an additional insured for activities conducted within the Park. Additionally, this policy must:

1. Be written by an insurance carrier, and in a form, approved by the Department; and

2. Be in the amount of at least **$1,000,000.00** per occurrence for personal injury, bodily injury, and property damage.

B. Insurance shall be effective at the commencement of this Contract, and evidence of acceptable insurance shall be furnished to the Department prior to commencing any operations under this Contract. The policy must reflect the amounts of coverage above, and the following endorsements:

1. Additional Named Insured: Must be listed as **Texas Parks and Wildlife Department, Attn: State Parks Business Management Section, 4200 Smith School Road, Austin, Texas 78744;** and

2. Stipulation: "Coverage cannot be modified, canceled or reduced without thirty (30) days prior written notice to the Department at the address above; and

3. Dates: Certificate must reflect coverage date(s).

C. Failure to maintain insurance in the amount specified will result in immediate cancellation of the Contract.

**AUTOMOBILE LIABILITY COVERAGE**

A. Automobile liability coverage is required on vehicles used for any client transportation, regardless of whether the vehicle/bus is owned or non-owned. Vehicles used solely for employee or equipment transportation are required only to maintain coverage as required by state regulations. Upon request, Guide Service Provider/Concessionaire will be required to show proof of coverage during trips to the Park.

1. For owned vehicles: the automobile liability policy must state "any vehicle," "scheduled vehicles," or "owned vehicles." If the policy solely states "scheduled vehicles," then only the vehicles listed on the policy are allowed to operate within the Park.

2. For non-owned vehicles: the policy must state "any vehicle" or "non-owned" vehicles.

B. Minimum insurance requirements are:

| PARTY SIZE | REQUIRED MINIMUM COVERAGE |
|---|---|
| UP TO 5 passengers | $300,000/Occurrence |
| 6 TO 12 passengers | $500,000/Occurrence |
| 13 TO 20 passengers | $750,000/Occurrence |
| 21 TO 50 passengers | $1,000,000/Occurrence |

**SECTION 11. GUIDE SERVICE PROVIDER/CONCESSIONAIRE'S EMPLOYEES**

B. Guide Service Provider/Concessionaire employees should exemplify hospitality, consideration, and courtesy in all public relations. Those who come in direct contact with the public, so far as practicable and if required by the Department, should wear a uniform or name plate by which they may be recognized as Guide Service Provider/Concessionaire employees.

C. Guide Service Provider/Concessionaire shall provide training to every employee. Employee training shall include:

1. Orientation to the Department, the State Park System, the Park, and area points of interest to permit Guide Service Provider/Concessionaire employees to reply adequately to inquiries from the visiting public.

2. Customer service and specific job or task training necessary to ensure job performance in a manner consistent with the protection and preservation of the natural and cultural resources of the Park.

3. The Guide Service Provider/Concessionaire and their employees who provide guide services will be required to have a valid, current certification equivalent to Wilderness First Aid including CPR. Proof of such certifications will remain on file with the Guide Service Provider/Concessionaire and will be subject to review or inspection by the Department.

D. Guide Service Provider/Concessionaire must conduct criminal history checks on all current and prospective employees, or shall request the Department to conduct such checks at no cost to the Guide Service Provider/Concessionaire. Current or prospective employees must be given appropriate written notice

and the Guide Service Provider/Concessionaire must secure employees' individual consent before conducting criminal history checks and disclosure of criminal history information. Evidence of criminal conviction or other relevant information obtained from an individual's criminal history record information, and/or failure by an individual to disclose arrest or conviction information to Guide Service Provider/Concessionaire, must be considered to determine whether the individual is qualified for continued or prospective employment. Criminal background check results shall be made available to the Department upon request. Criminal convictions for serious sexual offences or violent behavior offenses shall disqualify prospective or current employees to operate within the Park.

E. Guide Service Provider/Concessionaire must provide documentation of a good driving record for any current employee, prospective employee or volunteer who will be driving vehicles for the services authorized under this contract. A certified copy of each employee's or volunteer's Driver's Record from the Texas Department of Public Safety or a true and correct copy of an insurance provider's Driver's Record Background Report for an individual will be made available to the Department upon request.

1. A good driving record contains no more than four (4) moving violations or convictions for careless or reckless driving, and no DUI convictions, during the past ten (10) years.

2. Drivers' suitability for driving records that contain more than four (4) moving violations or convictions will be determined by the Department on a case by case basis.

F. Guide Service Provider/Concessionaire should strive to maintain an alcohol and drug free guide service environment while conducting guide services within the Park. The Guide Service Provider/Concessionaire must immediately report to the Department any evidence of alcohol or illegal drug use by Guide Service Provider/Concessionaire's employees on Department Premises.

G. Guide Service Provider/Concessionaire shall not employ the Park's employees, Park Hosts and/or park employees' immediate family members. Exceptions to the use of these individuals are subject to the written approval of the State Parks Director.

## SECTION 12. NOTIFICATION AND COMMUNICATION

A. Official notification shall be in writing and sent via certified mail, return receipt requested, or facsimile to the address of record shown in paragraph B of this section.

B. Whenever official notification is required/necessary under this Contract, it should be addressed as:

**1. If to the Park:**

Park Superintendent
Big Bend Ranch State Park
Barton Warnock Visitor Center
HC 70, Box 375
Terlingua, Texas 79852
(432) 424-3327
Cody.Edwards@tpwd.texas.gov
Alexandra.mariona@tpwd.texas.gov

**2. If to the Department:**

Texas Parks & Wildlife Department
Business Management Section
Attn: Leased Concessions
4200 Smith School Road
Austin, Texas 78744
(512) 389-8565
LeasedConcessions@tpwd.texas.gov

**If to SP Accounting Revenue Department:**
Lynne.pigeon@tpwd.texas.gov

**3. If to Guide Service Provider/Concessionaire:**

Charles Angell
Angell Expedition, LLC
P.O. Box 165
Redford, Texas 79846-0165
(432) 229-3713
charles@angellexpeditions.com

## SECTION 13. INDEMNIFICATION

A. **Guide Service Provider/Concessionaire shall DEFEND, INDEMNIFY and HOLD HARMLESS the State of Texas, its officers and employees, and the Department, its officers, employees, directors, volunteers, agents and representatives of the Department, individually or collectively, from and against any and all costs, claims, liens, damages, losses, expenses including but not limited to attorneys fees and court costs, fees, fines, penalties, proceedings, actions, demands, causes of action, liability and suits of any kind and nature, including but not limited to those related to personal or bodily injury, death and property damage, made upon the Department and directly or indirectly arising out of,**

**resulting from or relating to the activities to be carried out pursuant to this Contract, including any acts or omissions of the Guide Service Provider/Concessionaire or any officer, agent, director, representative, employee, consultant, subcontractor or supplier of Guide Service Provider/Concessionaire in the execution or performance of this Contract. THE DEFENSE SHALL BE COORDINATED BY GUIDE SERVICE PROVIDER/CONCESSIONAIRE WITH THE OFFICE OF THE TEXAS ATTORNEY GENERAL WHEN TEXAS STATE AGENCIES ARE NAMED DEFENDANTS IN ANY LAWSUIT AND GUIDE SERVICE PROVIDER/CONCESSIONAIRE MAY NOT AGREE TO ANY SETTLEMENT WITHOUT FIRST OBTAINING THE CONCURRENCE FROM THE OFFICE OF THE TEXAS ATTORNEY GENERAL. GUIDE SERVICE PROVIDER/CONCESSIONAIRE AND TPWD AGREE TO FURNISH TIMELY WRITTEN NOTICE TO EACH OTHER OF ANY SUCH CLAIMS.**

B. The Guide Service Provider/Concessionaire assumes full financial responsibility for any and all search and rescue activities or medical emergencies resulting from its use of the Park.

## SECTION 14. GENERAL PROVISIONS

A. Guide Service Provider/Concessionaire shall comply with all Federal, State, county, and/or municipal laws, regulations and ordinances applicable wherein the Park is located, including, but not limited to, those regarding health, taxes, safety, food service, sanitation, and operational licenses or permits.

B. The Concession Performance Evaluation form is used to conduct concession performance evaluations. Based on the length of contract, Department will perform formal evaluations of Guide Service Provider/Concessionaire. All evaluations will be scored on pre-established criteria categories.

C. Guide Service Provider/Concessionaire agrees to use its best efforts in the promotion of the Park and Guide Service Provider/Concessionaire's operation, to sustain and build Park visitation, and to provide a financial benefit to the Guide Service Provider/Concessionaire and the Department. The Guide Service Provider/Concessionaire agrees to identify the Department in all promotional material in any way related to the Park after first obtaining written Department approval for any advertising copy that contains the name or logo of the Department, Park or program. Department agrees to use its best efforts to promote the guide service operations through notices to visitors at the Park.

D. The parties acknowledge and agree that the Department owns and retains all proprietary rights to Department program names, collateral materials, and current and future logos. The Department hereby grants to the Guide Service Provider/Concessionaire the right to utilize these intellectual properties in connection with the operation and marketing of the Park. Guide Service Provider/Concessionaire shall not acquire any rights in Department's name, program names, collateral materials, and current and future logos.

E. Guide Service Provider/Concessionaire shall not limit, segregate, classify, or otherwise discriminate in any way against any person because of race, color, national origin, sex, or religion.

F. This Contract cannot be changed, altered or amended except by the written agreement of the parties, or by rule or regulation promulgated by the Texas Parks and Wildlife Commission or Department. No Department employee shall have authority to grant either a temporary or permanent exclusion or exemption to any of the terms or provisions contained in this Contract.

G. No term or provision of this Contract will be deemed waived and no breach excused, unless such waiver or consent is in writing and signed by the Executive Director or his or her designee. Any Departmental written consent to waive or excuse a breach of a term or provision by the Guide Service Provider/Concessionaire, whether express or implied, will not constitute a waiver of or excuse for any other different or subsequent breach.

H. Both parties hereto, in the performance of this contract, shall act in an individual capacity and not as agents, employees, partners, joint ventures or associates of one another. The employees or agents of one party shall not be deemed or construed to be the employees or agents of the other party for any purposes whatsoever. The Guide Service Provider/Concessionaire shall be responsible for providing all necessary unemployment and workers' compensation insurance for the Guide Service Provider/Concessionaire's employees.

I. The Department may grant relief from performance of the Contract if Guide Service Provider/Concessionaire is prevented from performance by an act of war, order of legal authority, act of God, or other unavoidable cause not attributable to the fault or negligence of Guide Service Provider/Concessionaire. The burden of proof for relief based on force majeure rests upon Guide Service Provider/Concessionaire and requires a written request to be filed with the Department.

J. Headings or Section Titles are for convenience only and do not change or affect the language following.

K. The Department and Guide Service Provider/Concessionaire agree to work together to resolve all disputes. Unless an applicable state statute or federal law establishes another procedure, the process provided for dispute resolution in Texas Government Code, Chapter 2260, shall be used by the Department and the Guide Service Provider/Concessionaire to resolve all disputes arising under this Contract to which this chapter applies.

L. This Contract shall be governed by the laws of the State of Texas. Venue is in Travis County, Texas for all purposes related to this Contract.

## SECTION 15. GUIDE SERVICE PROVIDER/CONCESSIONAIRE AFFIRMATIONS

Guide Service Provider/Concessionaire confirms and agrees as follows:

A. Guide Service Provider/Concessionaire has not given, offered to give, nor intends to give at anytime hereafter any economic opportunity, future employment, gift, loan, gratuity, special discount, trip, favor, or service to a public servant in connection with the award of this Contract.

B. Pursuant to 15 U.S.C. Sec. 1, et seq. and Tex. Bus. & Comm. Code Sec. 15.01, et seq. the Guide Service Provider/Concessionaire has not violated federal or state antitrust laws.

C. Guide Service Provider/Concessionaire certifies that it is in compliance with Texas Government Code, Section 669.003, relating to contracting with an executive head of a state agency. If Section 669.003 applies, Guide Service Provider/Concessionaire will provide information required by that section to the Department.

D. Pursuant to Executive Order GA-48 of the Governor of Texas, Guide Service Provider/Concessionaire certifies that neither it, nor its holding companies or subsidiaries, is: (a) Listed in Section 889 of the 2019 National Defense Authorization Act; (b) Listed in section 1260H of the 2021 National Defense Authorization Act; or (c) Owned by the government of a country on the U.S. Department of Commerce's foreign adversaries list under 15 C.F.R. Section 791.4; or (d) Controlled by any governing or regulatory body located in a country on the U.S. Department of Commerce's foreign adversaries list under 15 C.F.R. Section 791.4.

E. The undersigned certifies that I am duly authorized to execute a contract on my own behalf or on behalf of the entity listed below.

This Contract takes effect upon the last dated signature of the authorized representatives for the Department and the Guide Service Provider/Concessionaire.

| **ANGELL EXPEDITION, LLC** | | **TEXAS PARKS AND WILDLIFE DEPARTMENT** | |
|---|---|---|---|
| Charles Angell<br>Charles Angell (May 3, 2025 16:26 CDT) | | [signature] | |
| Charles Angell, Owner | Date | Todd McClanahan, Chief of Programs<br>State Parks Division | Date |

# FINAL- BBRSP - Angell Expeditions Guide Service 5.31.29 Concessiontosign

Final Audit Report 2025-05-04

| | |
|---|---|
| Created: | 2025-05-01 |
| By: | Kim Asubry (kimberly.asbury@tpwd.texas.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA6gwxvyQdLmO5SoFnPB2jlmhgVZjjulcV |

## "FINAL- BBRSP - Angell Expeditions Guide Service 5.31.29 Concessiontosign" History

Document created by Kim Asubry (kimberly.asbury@tpwd.texas.gov)
2025-05-01 - 6:42:38 PM GMT

Document emailed to Charles Angell (charles@angellexpeditions.com) for signature
2025-05-01 - 6:43:44 PM GMT

Email viewed by Charles Angell (charles@angellexpeditions.com)
2025-05-03 - 9:25:44 PM GMT

Document e-signed by Charles Angell (charles@angellexpeditions.com)
Signature Date: 2025-05-03 - 9:26:21 PM GMT - Time Source: server

Document emailed to Todd McClanahan (todd.mcclanahan@tpwd.texas.gov) for signature
2025-05-03 - 9:26:23 PM GMT

Email viewed by Todd McClanahan (todd.mcclanahan@tpwd.texas.gov)
2025-05-04 - 4:52:24 PM GMT

Document e-signed by Todd McClanahan (todd.mcclanahan@tpwd.texas.gov)
Signature Date: 2025-05-04 - 4:52:48 PM GMT - Time Source: server

Agreement completed.
2025-05-04 - 4:52:48 PM GMT

# EXHIBIT A-3

U.S. Customs and Border Protection

1300 Pennsylvania Avenue NW
Washington, DC 20229

February 20, 2026

**Mr. Charles Angell**
Post Office Box 136
Redford, Texas 79846

**Subject: Notice of Interest – Property Located Near Planned Border Barrier System Construction Projects**

Dear Mr. Angell,

U.S. Customs and Border Protection (CBP) and U.S. Border Patrol (USBP) are currently planning border barrier system construction along the southwest border, including in Presidio County, Texas. We have tentatively identified that we may need to enter the following property for either construction or access purposes BBT-PRS-2055 and BBT-PRS-2055-1. County records indicate that you may be that property's owner. If you are not the property owner, please disregard this letter and let us know immediately.

We write to you to formally notify you of CBP's interest in discussing the following:

- Potential acquisition of portions of your property related to project construction or maintenance;
- Potential access needs across or adjacent to your property; and/or
- Any real estate or boundary considerations that may arise as project design advances.

This letter is **not a purchase, lease, or easement offer or agreement,** and it does not oblige you in any way to provide access to or acquisition of your property. This letter is intended solely as an initial notification of interest and to open communication with you as the potential property owner.

When CBP determines that it needs access to property, either temporary or permanent, it has three options:

> **Option A**: Enter into a Right of Entry for Construction (ROE-C) agreement with the owner wherein CBP can access the property, complete surveys, appraise the property, and then complete construction. CBP would then separately negotiate a purchase or easement from the owner of any real property interests that it continues to need once construction is completed (including the land underneath whatever was constructed);

**Option** B: Not enter into an ROE-C, but negotiate a purchase or easement agreement with the landowner quickly enough that CBP's construction timelines are not impacted; or

**Option C**: If the landowner and CBP are unable to reach a negotiated purchase or easement agreement, referral to the U.S. Department of Justice to initiate the eminent domain/condemnation process.

Of these options, our preferred and ideal route is Option A, as it allows us to work collaboratively with you, complete construction as quickly as possible, and then pay you the fair market value of any property rights CBP determines it needs going forward. Enclosed is the ROE-C for your review and hopeful approval. If you agree, the ROE-C will allow CBP immediate access to the property so that we can complete necessary border barrier work. Once CBP has completed its surveys and determined what permanent or temporary property rights, if any, that it needs, we can then negotiate the purchase of those rights from you in accordance with The Uniform Relocation Assistance and Real Property Acquisition Policies Act, 42 U.S.C. Ch. 61 and 49 C.F.R. Part 24, ("The Uniform Relocation Act") which sets the rules for real estate acquisitions by the Federal Government.

Should you agree to the ROE-C, CBP will pay you a one-time amount of $2,500.00 so that it may immediately access your property and begin activities related to the border barrier project. **This amount is in addition to the fair market value of any real property rights CBP later determines that it needs to acquire from you** and is yours to keep even if CBP determines that it does not need your property for the border barrier project. The ROE-C does not grant CBP permanent access to your property, nor does it include the permanent transfer of any real property interests to CBP; it is just an agreement to provide CBP temporary access to the property so that it may conduct activities related to border barrier construction. Put differently, your land is still your land, you would just be giving CBP permission to enter onto your land and begin construction on border barrier infrastructure if necessary. Should CBP determine that it has a permanent need for any portion of your property, CBP will then need to separately acquire those property rights from you as required by The Uniform Relocation Act. **The ROE-C does not in any way waive your right to seek the fair market value of any permanent property interests CBP may need to acquire from you.**

It is always CBP's preference to obtain the necessary real estate for border barrier projects through voluntary agreements. However, please be advised that if we are unable to reach a voluntary agreement through negotiation within a reasonable time, CBP and/or its executing agency may proceed to refer the matter to DOJ to acquire any necessary property interest(s) through the exercise of eminent domain, in accordance with the Declaration of Taking Act (40 U.S.C. §§ 3113 and 3114).

For further information regarding the project, please refer to the following web address: Smart Wall Map | U.S. Customs and Border Protection (https://www.cbp.gov/border-security/along-us-borders/smart-wall-map). Please review the ROE-C and associated information, and, if acceptable, sign and return it within five (5) business days. Alternatively, we can provide a digital copy via email for electronic signature.

CBP has collaborated with the U.S. Army Corps of Engineers (USACE) on real estate efforts to support the work effort described above. If you have any questions or would like to discuss the information provided in this letter, we are available to schedule a meeting to provide additional details, address your concerns, and explore next steps. Should you have any questions please contact Robert Davalos, USACE Realty Specialist, (817) 886-1218 or e-mail robert.davalos@usace.army.mil.

We appreciate your time and consideration as CBP works to execute border barrier system construction projects to secure our nation's borders.

Sincerely,

Paul Enriquez
Director – Infrastructure Portfolio
Program Management Office Directorate
U.S. Border Patrol
U.S. Customs and Border Protection

Enclosure

CM: 9589 0710 5270 2540 5946 71
RM