**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **CHARLES ANGELL and ANGELL EXPEDITIONS LLC,** | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **CAUSE NO. SA-26-CV-5580-KC** |
| **MARKWAYNE MULLIN, et al.,** | § | |
| **Defendants.** | § | |

**ORDER**

On this day, the Court considered the case. On September 15, 2026, United States District Judge Jason K. Pulliam transferred the above captioned case to the undersigned Judge as a related case. Sep. 15, 2026, Transfer Order, ECF No. 12; *see also* Compl., *Friends of the Ruidosa Church v. Mullin*, No. 3:26-cv-1099-KC (W.D. Tex. Apr. 16, 2026), ECF No. 1.

Under 28 U.S.C. § 1404(b), the Court may, in its discretion, transfer an action pending in one division to another division in the same district. *In re Intel Corp.*, 841 F. App'x 192, 193 (Fed. Cir. 2020) (citing *In re Gibson*, 423 F. App'x 385, 389 (5th Cir. 2011)). Alternatively, the Court may conduct one or more discrete proceedings in a different intradistrict division. *Id.* Either procedure requires the parties' consent. *Id.*

The undersigned Judge will continue to preside over the case whether proceedings are held in San Antonio or El Paso. Therefore, the Court sees no need to transfer this action to El Paso. However, it may prove convenient to hold a consolidated hearing on preliminary injunctive relief in both this case and *Friends of the Ruidosa Church*, in El Paso.

Accordingly, the Court **ORDERS** the parties to **FILE** a statement indicating which, if any, of the following proceedings they consent to be held in El Paso: trial, pre-trial conference,

settlement conference, preliminary injunction hearing, and any other miscellaneous hearings. The parties must file this statement **no later than September 24, 2026.**

**IT IS FURTHER ORDERED** that Judge Pulliam's Standing Order, ECF No. 5, is **VACATED**.

**IT IS FURTHER ORDERED** that the Order Referring Case to Magistrate Judge Richard B. Farrer, ECF No. 4, is **VACATED**.

**SO ORDERED.**

**SIGNED this 17th day of September, 2026.**

Kathleen Cardone

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE