# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
San Antonio Division

| | |
|---|---|
| CHARLES ANGELL, ANGELL EXPEDITIONS, LLC,,<br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF HOMELAND SECURITY, RODNEY SCOTT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER, U.S. CUSTOMS AND BORDER PROTECTION, U.S. CUSTOMS AND BORDER PROTECTION, JOSH BARRETT, ACTING CHIEF PATROL AGENT OF THE UNITED STATES BORDER PATROLS BIG BEND SECTOR, WILLIAM H. GRAHAM, CHIEF OF ENGINEERS AND COMMANDING GENERAL OF THE U.S. ARMY CORPS OF ENGINEERS, UNITED STATES ARMY CORPS OF ENGINEERS,,<br>Defendant. | Case No. SA-26-CV-05580-KC |

**DECLARATION OF GARRETT GOHLKE**

My name is Garrett Gohlke. I am the Interagency Support Branch Chief in the Real Estate Division of the U.S. Army Corps of Engineers ("USACE"), Fort Worth District, overseeing the Real Estate Acquisition mission for the Southern Border Barrier in Texas for USACE. All of the facts stated in this Declaration are within my personal knowledge and/or within the purview of my responsibilities as the Interagency Support Branch Chief.

**USACE Real Property Acquisition Process Overview for the Southern Border**

1. Customs and Border Protection ("CBP") initially determines the general location of planned Border Infrastructure ("the Project") and provides that information to USACE.
2. USACE determines ownership of the impacted properties by locating the last vesting deed through public information from the County Appraisal District and/or the County

Clerk. Based on this research, USACE prepares maps showing a visual footprint of the proposed acquisition to capture the impacts to each landowner, in close coordination with CBP as to the type of infrastructure planned, to determine the total acreage required for the Project. A copy of the maps provided to Plaintiff are attached as Exhibit 1.

3. USACE then prepares an initial mailing to the landowner requesting a Right of Entry for Construction ("ROE-C") and/or a Right of Entry for Survey ("ROE-S"). The following are included in the initial mailing:

   a) Engagement letter

   b) ROE agreement

   c) W-9

   d) Map

   e) Acquisition Brochure for Federal Projects

   f) Paid return envelope

4. A USACE Realty Specialist would then attempt to make contact, either via phone or in person, to discuss the acquisition of real property for construction of infrastructure along the southern barrier of the United States and the documents sent to the landowner.

5. If a landowner is agreeable to sign, they could provide signed documents back in the paid return envelope provided. However, if a landowner is unwilling, the Realty Specialist would work to address any questions, concerns, or modifications to the agreement.

6. If unable to address these concerns in a reasonable time, USACE would refer this over to the Department of Justice to commence any necessary litigation.

## USACE Interactions with Mr. Charlie Angell

7. In February of 2026, USACE identified Mr. Charlie Angell as the record landowner of Tract BBT-PRS-2055 and 2055-1. USACE records reflected a mailing address and contact information.

8. On February 20, 2026, USACE mailed Mr. Angell two right-of-entry for construction (ROE-C) packets, one via certified mail, and the second packet via regular U.S. postal service. A copy of the ROE-C packet sent to Mr. Angell is attached as Exhibit 2, along with the certified mail receipt, attached as Exhibit 3.

9. In March of 2026, USACE contacted Mr. Charlie Angell to discuss a ROE-C via text message after failed attempts to contact him by phone. In telephone conversations with the USACE Realty Specialist, Ms. Leane Loofe, Mr. Angell originally indicated a willingness to allow government access to his property, but that he would require substantially greater monetary compensation.

10. Mr. Angell was informed a ROE-C conveyed compensation and a ROE-S does not, but the ROE-S would only authorize survey and appraisal activities.

11. On 26 March 2026, Mr. Angell subsequently requested a ROE-S package via text message, which was provided via the email address Mr. Angell provided. A hard copy was also mailed to Mr. Angell via regular U.S. postal service. A copy of the ROE-S packet sent to Mr. Angell is attached as Exhibit 4.

12. On April 8, 2026, USACE reengaged Mr. Angell via text message to schedule a time to discuss the Project with USACE. These conversations ultimately led to Mr. Angell and other interested landowners attending a public meeting in Presidio, Texas on April 21, 2026.

13. The April 21st meeting was held on Mr. Angell's property. Mr. Angell showed USACE personnel, Ms. Leane Loofe and Mr. Marvin Makarwich, his property and discussed his concerns with the project including preservation of cultural resources, water access, and business concerns. After this discussion the meeting continued with the other landowners present, with the landowners raising similar concerns including communication issues about the project.

14. Email correspondence continued with Mr. Angell throughout May of 2026 wherein Mr. Angell advised he had retained an attorney, Mr. Robert Soza, who represented Mr. Angell and other landowners within the project area. Mr. Angell expressed objections to the Project, and identified various concerns with the Project, and requested that USACE discontinue the Project.

15. On May 22, 2026, the assigned USACE Realty Specialist conducted a final in-person meeting with Mr. Angell to discuss the Project and the ROE-S. The Realty Specialist explained specific details regarding property impacts could not be provided until a survey had been completed which required an ROE-S to be executed. Mr. Angell reiterated his concerns regarding impact to his property and the surrounding area. No ROE-S was executed at the meeting, nor has a ROE-S been executed since the meeting.

16. USACE has not reengaged in negotiations with Mr. Angell.

17. USACE has not yet referred Mr. Angell's properties to the Department of Justice for condemnation proceedings.

18. As of the date of this declaration, USACE has not executed an ROE-S or an ROE-C for Mr. Angell's property.

I declare under the penalty of perjury the forgoing is true and correct.

Dated: September 29, 2026

______________________________
Garret Gohlke
Chief, Interagency Support Branch
Real Estate Division, USACE-SWF

# EXHIBIT

# 1

## Border Infrastructure Project - PRS-2000s

## BBT Sector / Presidio County




**Legend**

Proposed Project Area

ParentTracts for Surveying Purposes

**Reference**

| County FIPS ID | Tracts |
|---|---|
| 48377 | BBT-PRS-2055 |

N
W E
S

0 350 700 Feet




**Warning:** This document is **FOR OFFICIAL USE ONLY (FOUO).**
It contains information that may be exempt from public release under the Freedom of Information Act (S U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

February 16, 2026

## Border Infrastructure Project - PRS-2000s

## BBT Sector / Presidio County




**Legend**

| | |
|---|---|
| Red outline | Proposed Project Area |
| Blue outline | ParentTracts for Surveying Purposes |

**Reference**

| County FIPS ID | Tracts |
|---|---|
| 48377 | BBT-PRS-2055-1 |

N
W E
S

0 300 600 Feet




**Warning:** This document is **FOR OFFICIAL USE ONLY (FOUO).** It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

February 16, 2026

## Border Infrastructure Project - PRS-2000s

## BBT Sector / Presidio County




**Legend**

Proposed Project Area

ParentTracts for Surveying Purposes

**Reference**

County FIPS ID: 48377

Tracts: BBT-PRS-2057

N / W / E / S

0 50 100 Feet




**Warning:** This document is **FOR OFFICIAL USE ONLY (FOUO).**
It contains information that may be exempt from public release under the Freedom of Information Act (S U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

February 13, 2026

# EXHIBIT

# 2

U.S. Customs and Border Protection

1300 Pennsylvania Avenue NW
Washington, DC 20229

February 20, 2026

**Mr. Charles Angell**
Post Office Box 136
Redford, Texas 79846

**Subject: Notice of Interest – Property Located Near Planned Border Barrier System Construction Projects**

Dear Mr. Angell,

U.S. Customs and Border Protection (CBP) and U.S. Border Patrol (USBP) are currently planning border barrier system construction along the southwest border, including in Presidio County, Texas. We have tentatively identified that we may need to enter the following property for either construction or access purposes BBT-PRS-2055 and BBT-PRS-2055-1. County records indicate that you may be that property's owner. If you are not the property owner, please disregard this letter and let us know immediately.

We write to you to formally notify you of CBP's interest in discussing the following:

- Potential acquisition of portions of your property related to project construction or maintenance;
- Potential access needs across or adjacent to your property; and/or
- Any real estate or boundary considerations that may arise as project design advances.

This letter is **not a purchase, lease, or easement offer or agreement,** and it does not oblige you in any way to provide access to or acquisition of your property. This letter is intended solely as an initial notification of interest and to open communication with you as the potential property owner.

When CBP determines that it needs access to property, either temporary or permanent, it has three options:

> **Option A**: Enter into a Right of Entry for Construction (ROE-C) agreement with the owner wherein CBP can access the property, complete surveys, appraise the property, and then complete construction. CBP would then separately negotiate a purchase or easement from the owner of any real property interests that it continues to need once construction is completed (including the land underneath whatever was constructed);

**Option** B: Not enter into an ROE-C, but negotiate a purchase or easement agreement with the landowner quickly enough that CBP's construction timelines are not impacted; or
**Option C**: If the landowner and CBP are unable to reach a negotiated purchase or easement agreement, referral to the U.S. Department of Justice to initiate the eminent domain/condemnation process.

Of these options, our preferred and ideal route is Option A, as it allows us to work collaboratively with you, complete construction as quickly as possible, and then pay you the fair market value of any property rights CBP determines it needs going forward. Enclosed is the ROE-C for your review and hopeful approval. If you agree, the ROE-C will allow CBP immediate access to the property so that we can complete necessary border barrier work. Once CBP has completed its surveys and determined what permanent or temporary property rights, if any, that it needs, we can then negotiate the purchase of those rights from you in accordance with The Uniform Relocation Assistance and Real Property Acquisition Policies Act, 42 U.S.C. Ch. 61 and 49 C.F.R. Part 24, ("The Uniform Relocation Act") which sets the rules for real estate acquisitions by the Federal Government.

Should you agree to the ROE-C, CBP will pay you a one-time amount of $2,500.00 so that it may immediately access your property and begin activities related to the border barrier project. **This amount is in addition to the fair market value of any real property rights CBP later determines that it needs to acquire from you** and is yours to keep even if CBP determines that it does not need your property for the border barrier project**.** The ROE-C does not grant CBP permanent access to your property, nor does it include the permanent transfer of any real property interests to CBP; it is just an agreement to provide CBP temporary access to the property so that it may conduct activities related to border barrier construction. Put differently, your land is still your land, you would just be giving CBP permission to enter onto your land and begin construction on border barrier infrastructure if necessary. Should CBP determine that it has a permanent need for any portion of your property, CBP will then need to separately acquire those property rights from you as required by The Uniform Relocation Act. **The ROE-C does not in any way waive your right to seek the fair market value of any permanent property interests CBP may need to acquire from you.**

It is always CBP's preference to obtain the necessary real estate for border barrier projects through voluntary agreements. However, please be advised that if we are unable to reach a voluntary agreement through negotiation within a reasonable time, CBP and/or its executing agency may proceed to refer the matter to DOJ to acquire any necessary property interest(s) through the exercise of eminent domain, in accordance with the Declaration of Taking Act (40 U.S.C. §§ 3113 and 3114).

For further information regarding the project, please refer to the following web address: Smart Wall Map | U.S. Customs and Border Protection (https://www.cbp.gov/border-security/along-us-borders/smart-wall-map). Please review the ROE-C and associated information, and, if acceptable, sign and return it within five (5) business days. Alternatively, we can provide a digital copy via email for electronic signature.

CBP has collaborated with the U.S. Army Corps of Engineers (USACE) on real estate efforts to support the work effort described above. If you have any questions or would like to discuss the information provided in this letter, we are available to schedule a meeting to provide additional details, address your concerns, and explore next steps. Should you have any questions please contact Robert Davalos, USACE Realty Specialist, (817) 886-1218 or e-mail robert.davalos@usace.army.mil.

We appreciate your time and consideration as CBP works to execute border barrier system construction projects to secure our nation's borders.

Sincerely,

Paul Enriquez
Director – Infrastructure Portfolio
Program Management Office Directorate
U.S. Border Patrol
U.S. Customs and Border Protection

Enclosure

CM: 9589 0710 5270 2540 5946 71
RM

Form **W-9** (Rev. March 2024) Department of the Treasury Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give form to the requester. Do not send to the IRS.**

**Before you begin.** For guidance related to the purpose of Form W-9, see *Purpose of Form,* below.

Print or type. See *Specific Instructions* on page 3.

1 Name of entity/individual. An entry is required. (For a sole proprietor or disregarded entity, enter the owner's name on line 1, and enter the business/disregarded entity's name on line 2.)

2 Business name/disregarded entity name, if different from above.

3a Check the appropriate box for federal tax classification of the entity/individual whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor ☐ C corporation ☐ S corporation ☐ Partnership ☐ Trust/estate

☐ LLC. Enter the tax classification (C = C corporation, S = S corporation, P = Partnership) . . . . ____

**Note:** Check the "LLC" box above and, in the entry space, enter the appropriate code (C, S, or P) for the tax classification of the LLC, unless it is a disregarded entity. A disregarded entity should instead check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ____

3b If on line 3a you checked "Partnership" or "Trust/estate," or checked "LLC" and entered "P" as its tax classification, and you are providing this form to a partnership, trust, or estate in which you have an ownership interest, check this box if you have any foreign partners, owners, or beneficiaries. See instructions . . . . . . . . . ☐

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) ____

Exemption from Foreign Account Tax Compliance Act (FATCA) reporting code (if any) ____

*(Applies to accounts maintained outside the United States.)*

5 Address (number, street, and apt. or suite no.). See instructions.

Requester's name and address (optional)

6 City, state, and ZIP code

7 List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN,* later.

**Note:** If the account is in more than one name, see the instructions for line 1. See also *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

☐☐☐ – ☐☐ – ☐☐☐☐

**or**

Employer identification number

☐☐ – ☐☐☐☐☐☐☐

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and, generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** Signature of U.S. person Date

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## What's New

Line 3a has been modified to clarify how a disregarded entity completes this line. An LLC that is a disregarded entity should check the appropriate box for the tax classification of its owner. Otherwise, it should check the "LLC" box and enter its appropriate tax classification.

New line 3b has been added to this form. A flow-through entity is required to complete this line to indicate that it has direct or indirect foreign partners, owners, or beneficiaries when it provides the Form W-9 to another flow-through entity in which it has an ownership interest. This change is intended to provide a flow-through entity with information regarding the status of its indirect foreign partners, owners, or beneficiaries, so that it can satisfy any applicable reporting requirements. For example, a partnership that has any indirect foreign partners may be required to complete Schedules K-2 and K-3. See the Partnership Instructions for Schedules K-2 and K-3 (Form 1065).

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS is giving you this form because they

**DACW63-9-26-______**

**BORDER SECURITY INFRASTRUCTURE**
**RIGHT-OF-ENTRY FOR CONSTRUCTION**

**BBT-PRS-2055**
**BBT-PRS-2055-1** **Border Barrier System**

The undersigned, hereinafter called the "Owner," in consideration for the sum of $2,500.00 to be paid by U.S. Customs and Border Protection (CBP), hereinafter the "Government," and the total compensation to be paid by the Government for all property rights associated with the areas of interest generally shown on Exhibit A attached hereto and made a part hereof, hereby grants to the Government a right-of-entry for construction (ROE-C) upon the following terms and conditions:

1. The Owner hereby grants to the Government, acting by and through CBP's employees, representatives, agents, contractors and assigns, an irrevocable right to enter upon the lands hereinafter described at any time during the term of this ROE-C in order to construct, install and deploy border security infrastructure and perform any other work necessary and incidental to construction of the aforementioned infrastructure and to subsequent acquisition of property rights by the Government (collectively, the "Permitted Activity"). Such Infrastructure may include, but is not limited to, border barrier, roads, towers, cameras, sensors and lights. The purpose of the aforementioned border security infrastructure is to enhance the Government's ability to deter illicit cross border activity.

2. The term of this ROE-C shall be thirty-six (36) months from the date this instrument is signed by the CBP representative listed below. This term of months is being sought to allow for schedule fluctuation as priorities shift with unexpected events and as funding reallocations occur.

3. If the Government constructs, installs or deploys border security infrastructure on the subject property during the term of this ROE-C, the Owner does not waive any right to seek the fair market value of any property interests in the subject property that the Government later seeks to acquire by subsequent agreement or judicial proceedings. Any sum paid by the Government to the Owner for this ROE-C is in addition to the fair market value of any interest in the subject property that may later be acquired by the Government.

4. This ROE-C may be renewed upon mutual agreement by both parties if the Government does not acquire any property rights in the subject property during the initial term.

5. Notices will be given to the Owner, or the Owner's representative, prior to field activities if the following information has been completed ***(please print or type clearly):***

12. The Government agrees to comply with all local, state and federal laws, rules and ordinances applicable to the Permitted Activity except to the extent federal law preempts local and state law. Provided, however, that nothing herein shall be construed as a waiver of the sovereign immunity of the United States federal government. The Government further agrees to exercise due care in the performance of all Permitted Activity on the Land.

13. The Government has the right to assign its rights or delegate its duties or obligations under this agreement, in whole or in part, by operation of law or otherwise, without the prior written consent of the Owner.

14. The land affected by this right-of-entry is located in Presidio County, Texas and is described as follows: BBT-PRS-2051, BBT-PRS-2055-1, as generally shown on Exhibit A.

15. The undersigned hereby warrants that by their signature, they are the Owner(s) of said land and/or that they have the legal authority to grant a right-of-entry subject to the aforementioned terms and conditions.

WITNESSES MY HAND AND SEAL this _____ day of _____________, 20____.

______________________________
Charles Angell

______________________________
Spouse

______________________________
Print Name

_______________________________________
Paul Enriquez
Acquisition Program Manager
Wall Program Management Office
Program Management Office Directorate
U.S. Border Patrol
U.S. Customs and Border Protection
Department of Homeland Security

**DACW63-9-26-______**

CONSENT OF TENANT: *(if applicable)*

I hereby consent to the use of the property by the Government in accordance with this right-of-entry.

____________________________________
Tenant's Signature

____________________________________
Tenant's Printed Name

Owner's Mailing Address:
____________________________________

____________________________________

____________________________________

Home Telephone: ______________________

Work Telephone: ______________________

____________________________________

**Tenant requires notification prior to entry. Yes No (please circle one)**

| **NEGOTIATOR'S REPORT**<br>**PART I**<br>For use of this form, see ER 405-1-12; the proponent agency is CERE-P | 1. PROJECT NAME AND LOCATION:<br>Border Infrastructure<br>Presidio, Texas<br><br>BP Station: Presidio, TX | 2. TRACT NUMBER*(s)*:<br>BBT-PRS-2053<br>BBT-PRS-2058<br>BBT-PRS-2007 |
|---|---|---|

| 3. FROM: | 4. THRU: | 5. TO: |
|---|---|---|
| Ezra Hennig<br>Realty Specialist<br>Fort Worth District | Garrett Gohlke<br>Chief, Interagency Support Branch<br>Fort Worth District | Paul Enriquez<br>Acquisition Program Manager<br>Wall Program Management Office<br>U.S. Border Patrol Program<br>Management Office Directorate<br>U.S. Border Patrol<br>U.S. Customs and Border Protection<br>Department of Homeland Security |

6. NAME *(Last, First MI)* AND ADDRESS OF OWNER*(s)*

Thomas, James P

Attorney Amber Schrandt
140 Lacebark Ln, Buda, TX
78610

Morris, Carter
PO Box 566, Terlingua, TX
79852

| 7. AREA | 8. APPROVED APPRAISED VALUE | 9. GOVERNMENT INITIAL OFFER |
|---|---|---|
| 94.90 Acres | $ 100.00 | |

10. RESUME OF NEGOTIATION

Estate to be Acquired is as follows:
An assignable easement, in, on, over and across the land described for a period of 12 months beginning with the date possession of the land is granted to the United States, consisting of the right of the United States, its representative, agents, contractors and assigns to enter upon said land to survey, stake out, appraise, make borings; and conduct tests and other exploratory work necessary to the design of a public works project; together with the right to trim, cut, fell, and remove therefrom all trees, underbrush, obstructions, and any other vegetation, structures, or obstacles as required in connection with said work; subject to existing easements for public roads and highways, public utilities, railroads and pipelines; reserving, however, to the landowner(s), their heirs, executors, administrators, successors and assigns, all such right, title, interest and privilege as may be used and enjoyed without interfering with or abridging the rights and easement hereby acquired.

Property ID:
7190: PRS-2053 ( 90.44 Acres)
11933: PRS-2508 (3.06 Acres)
28026: PRS-2007 (1.40 Acres)

Property/Legal Description:
BBT-PRS-2053: H W BROOKS #12 ABST 7782
BBT-PRS-2058: 5, KLEINMAN LOT 1-41

10. RESUME OF NEGOTIATION (continued)

February 24, 2026
Ms. Leane Loofe, Realty Specialist, Fort Worth District initiated ownership research to identify and locate the record owners associated with the subject property. Presidio County ownership records identified Ms. Savanna Carter and Mr. James P. Thomas as the listed landowners.

Ms. Loofe attempted to contact Mr.Thomas at (843) 812-0191. No answer was received, and a voicemail message was left. Ownership research identified 2201 Bee Wheatley Drive, Beaufort, SC 29902, as Mr. Thomas' mailing address. Ms. Loofe also attempted to contact Ms. Carter at the suspected telephone number (318) 403-9449. No answer was received, and a voicemail message was left.

Additional ownership research identified Mr. Morris Carter as a member of the limited liability company that owns the ranch associated with the subject property. His mailing address was identified as P.O. Box 566, Terlingua, TX 79852. Ms. Loofe attempted to contact Mr. Carter at (432) 371-2734; however, the telephone number was disconnected.

Ms. Loofe subsequently established telephone contact with Mr. Thomas. Mr. Thomas advised that he is also the owner of BBT-PRS-2058 and requested that all future acquisition correspondence and Right of Entry documentation be forwarded to his attorney, Ms. Amber Schrandt, at 140 Lacebark Lane, Buda, TX 78610.

March 27, 2026
Ms. Loofe conducted a follow-up telephone conversation with Ms. Schrandt, attorney for Mr. Thomas, at (210) 232-3315. Ms. Schrandt advised that she had not yet received additional direction from her client and anticipated the matter would likely be finalized sometime in April; however, she was unable to provide a definitive date. Ms. Schrandt further advised that individuals within the local community were not concerned with the proposed border wall project and intended to proceed on their own timeline. Ms. Loofe explained that execution of the Right of Entry for Survey (ROE-S) would not result in monetary compensation and transmitted the ROE-S documentation to Amber@schrandtlaw.com for review and discussion with her client.

April 3, 2026
Ms. Loofe transmitted follow-up email correspondence to Ms.Schrandt requesting verbal authorization for the United States Army Corps of Engineers (USACE) to proceed with the survey while the executed ROE-S remained pending. Ms. Loofe also requested that Ms. Schrandt determine whether Mr.Thomas would be available to meet with USACE representatives during the anticipated site visit the week of April 20, 2026.

April 15, 2026
Ms .Loofe transmitted the ROE-S documentation via email to Ms.Schrandt at Amber@schrandtlaw.com and continued efforts to obtain the executed documentation.

June 3, 2026 – 9:50 a.m.
Ms. Colette Colquit, Realty Specialist spoke with Ms. Schrandt, attorney for Mr.Thomas, at (210) 232-3315. Ms. Schrandt advised that Mr. Thomas would not execute the ROE-S. Ms. Schrandt further stated that members of the local community remained dissatisfied with the proposed border wall project and that Mr. Thomas intended to wait before making any further decisions regarding the requested Right of Entry. Ms. Colquit confirmed with Ms. Schrandt that the discussion applied to both BBT-PRS-2053 and BBT-PRS-2058. Ms. Schrandt confirmed that Mr. Thomas' decision not to execute the ROE-S applied to both tracts.

Recommend Condemnation for a temporary easement due to the inability to reach agreement with the landowner.

10. RESUME OF NEGOTIATION (continued)

| 11a. NEGOTIATOR'S RECOMMENDATION | b. DATE (YYYYMMDD) | c. TITLE | d. NEGOTIATOR'S SIGNATURE |
|---|---|---|---|
| Condemnation | 20260810 | Ezra Hennig<br>Realty Specialist<br>Fort Worth District | HENNIG.EZRA.TOBIAS JAMES.1140239590<br>Digitally signed by HENNIG.EZRA.TOBIAS JAMES.1140239590<br>Date: 2026.08.10 08:43:43 -05'00' |
| 12a. INTERIM RECOMMENDATION *(Cb. R.E. Br.)* | b. DATE (YYYYMMDD) | c. TITLE | d. INTERIM SIGNATURE |
| Concur | 20260817 | Garrett Gohlke<br>Chief, Interagency Support Branch<br>Fort Worth District | GOHLKE.GARRETT.1454434869<br>Digitally signed by GOHLKE.GARRETT.1454434869<br>Date: 2026.08.17 09:03:52 -05'00' |

13. CHECK APPLICABLE ITEMS

COUNTER OFFER IN THE AMOUNT OF ____________________

☐ a. ACCEPTED BY ☐ b. REJECTED BY

☐ c. DISTRICT ☐ d. DIVISION ☐ e. OCE ☐ f. OSA

| 14a. DATE (YYYYMMDD) | b. TITLE | c. SIGNATURE |
|---|---|---|
| | Paul Enriquez<br>Acquisition Program Manager<br>Wall Program Management Office<br>U.S. Border Patrol Program Management Office Directorate<br>U.S. Border Patrol<br>U.S. Customs and Border Protection<br>Department of Homeland Security | Paul Enriquez<br>Digitally signed by Paul Enriquez<br>Date: 2026.08.26 15:54:54 -04'00' |

# EXHIBIT

# 3

BBT. PRS 2055 and BBT. PRS-2055-1 Davalos

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Charles Angell
Post Office Box 136
Redford, Texas 79846

9590 9402 9554 5121 2696 09

2. Article Number (Transfer from service label)

9589 0710 5270 2540 5946 71

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

Davalos PRS - 2057

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charlie Angell
Post Office Box 165
Redford, Texas 79846

9590 9402 9554 5121 2683 81

2. Article Number (Transfer from service label)

89 0710 5270 2540 5994 16

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

Alex NewKirk

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PRESIDIO POST OFFICE
MAR 12 2026
PRESIDIO, TX 79845

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt



USPS TRACKING #

9590 9402 9554 5121 2696 09

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

District Engineer
Fort Worth Dist Corps of Engineers
ATTN: CESWF-RE-I
PO Box 17300
Fort Worth, TX 76102-0300

USPS TRACKING #

9590 9402 9554 5121 2683 81

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

District Engineer
Fort Worth Dist Corps of Engineers
ATTN: CESWF-RE-I
PO Box 17300
Fort Worth, TX 76102-0300

# EXHIBIT

# 4

1200 Pennsylvania Avenue NW
Washington, DC 20229

**U.S. Customs and Border Protection**

March 26, 2026

**Mr. Charles Angell**
Post Office Box 165
Redford, Texas 79846

Dear Mr. Angell,

The purpose of this letter is to request your written permission to enter upon your land in accordance with the enclosed Right of Entry for Survey and Site Assessment (ROE-S) and accompanying map. Once you have had an opportunity to review the enclosed documents, we invite you to call or email the below listed point of contact to review the material with you and/or to address any questions you may have.

You are receiving this letter because the U.S. Government has identified a portion of your property that we wish to access for the purpose of conducting environmental assessments, property surveys, appraisals and any other such work which may be necessary and incidental to the Government's assessment of the property for possible acquisition in support of U.S. Customs and Border Protection's (CBP) construction of border infrastructure and other funded tactical infrastructure projects.

Border security tactical infrastructure, such as barrier, detection technology, and roads, are critical elements to gain effective control of our Nation's borders. The purpose of border security infrastructure is to deter illicit cross-border activity such as drug smuggling, human smuggling, border violence and illegal entry into the United States.

The planned assessments outlined in the ROE-S are scheduled to occur intermittently over the time period specified in the document. Only the portion of your property that may be affected by construction of border security tactical infrastructure, as shown on the map of the enclosed ROE-S, will be environmentally assessed by the U.S. Government, its agents, employees, and contractors. The ROE-S is required for access to the entire parcel, if necessary, for the surveyor to physically locate the project area in alignment with adjoining property boundaries. State law requires the surveyor to produce work of sufficient quality as to prevent boundary line disputes and be technically unbiased for all impacted parties. By signing this form, you are granting written permission to the U.S. Government, its agents, employees, and contractors to conduct the assessment activities described. Those activities may commence immediately following execution of the document.

We hope that you and other landowners all along our Nation's southern border will assist us in our strategic efforts to secure our Nation's borders. Enclosed for your review are two

copies of the ROE-S form. If you have no further questions, please retain one copy of the ROE-S for your records and return one signed copy in the enclosed, pre-addressed and postage paid envelope. Upon receipt of your signed copies, the U.S. Government will complete and return a fully executed copy for your records. If you are acting in an agent capacity for a corporation or organization, please fill in the Certificate for Corporations and Partnerships found on page 3. If your property is currently under lease, license or is otherwise occupied, please have the tenant or licensee fill in the right-of-entry portion for tenant information so consent from that individual can be obtained as well.

CBP is collaborating with the U.S. Army Corps of Engineers (USACE) on real estate efforts to support the work effort described above. Should you have any questions please contact Marc B. Hortinela, USACE Realty Specialist, 817-228-3937 or e-mail Marc.Hortinela@usace.army.mil.

Sincerely,

Paul Enriquez
Director – Infrastructure Portfolio
Program Management Office Directorate
U.S. Border Patrol
U.S. Customs and Border Protection

Enclosure

**Tract No: BBT-PRS-2055**
**BBT-PRS-2055-1**
**BBT-PRS-2057**

## U.S. CUSTOMS AND BORDER PROTECTION

## DEPARTMENT OF HOMELAND SECURITY

## Right-of-Entry For Survey and Site Assessment

The undersigned, hereinafter called the "Owner", hereby grants to the United States of America, hereinafter called the "Government", a temporary right-of-entry upon Owner's property described below, hereinafter called the "Property." This right-of-entry is granted upon the following terms and conditions:

1. The Government's officers, employees, agents, and contractors shall have the right to enter upon the Property for the purpose of conducting environmental assessments and property surveys, including the right to temporarily store, move and remove necessary equipment and supplies; survey, stake out, appraise, bore and take soil and/or water samples, and perform any other such work which may be necessary and incidental to the Government's assessment of the Property for Border Infrastructure Projects in the Big Bend Sector area of responsibility.

2. This right-of-entry is irrevocable for a period of Eighteen **(18)** months from the date of this instrument.

3. The rights granted herein include the right of ingress and egress on other lands of the Owner not described below, provided such ingress and egress is necessary to access the Property and is not otherwise conveniently available to the Government.

4. All tools, equipment, and other property taken upon or placed upon the land by the Government shall remain the property of the Government and may be removed by the Government at any time within a reasonable period after the expiration of this right-of-entry.

5. If any action of the Government's officers, employees, agents, or contractors in the exercise of this right-of-entry results in damage to real property, an administrative claim can be made using a Standard Form (SF) 95 (Claim for Injury, Damage, or Death). The SF 95 must include supporting documentation and state a claim for monetary damages in a sum certain amount for any alleged loss or damage of property and must be filed within two years after the claim accrues. Please submit the SF 95 and supporting documentation to the CBP Port of Entry or United States Border Patrol station nearest to where the alleged damages occurred.

6. The Property that is subject to this right-of-entry is located in the State of Texas, County of Presidio, and is shown on the attached Exhibit Map.

7. I affirm that I have the authority to grant this right-of-entry onto the Property described above.

Dated this ______ day of _____________, 20___

_________________________________
Owner's signature

_________________________________
Owner's printed name

Owner's mailing address:

_________________________________

_________________________________

_________________________________

_________________________________

Home Telephone: ____________________

Work Telephone: ____________________

THE UNITED STATES OF AMERICA

By: ____________________________
Paul Enriquez
Acquisition Program Manager
Wall Program Management Office
U.S. Border Patrol Program
Management Office Directorate
U.S. Border Patrol
U.S. Customs and Border
Protection
Department of Homeland Security

**Owner requires notification prior to entry. Yes No (please circle one)**

If yes, please provide the primary and alternate point of contact (POC) and phone number and/or email.

Primary POC: ________________________________________________

Alternate POC: ______________________________________________

**CERTIFICATE OF AUTHORITY**
*(applicable for Corporations and Organizations)*

**I**, ________________________*(name)*, certify that I am the ______________________ *(position held in organization)* of the ______________________*(organization)*, duly organized and registered in the State of Texas; that ___________________________*(executor of instrument)*, who signed the foregoing instrument on behalf of the grantee, was then _________________________*(position of executor of instrument)* of said __________________________*(organization)*. I further certify that the said officer was acting within the scope of powers delegated to this officer by the governing body of the grantee in executing said instrument.

**IN WITNESS WHEREOF,** I have hereunto set my hand, and the seal of the _________________________*(organization)*, this ________day of__________________, 20_____.

Signature: ____________________________________

Typed Name: ____________________________________

Title: ____________________________________

**NOTE**: THE PERSON SIGNING THE ABOVE CERTIFICATE CANNOT BE THE SAME PERSON THAT SIGNED THE RIGHT-OF-ENTRY.

**Tract No: BBT-PRS-2055**
**BBT-PRS-2055-1**
**BBT-PRS-2057**

CONSENT OF TENANT: *(if applicable)*

I hereby consent to the use of the property by the Government in accordance with this right-of-entry.

_________________________________
Tenant's Signature

_________________________________
Tenant's Printed Name

Owner's Mailing Address:

_________________________________

_________________________________

_________________________________

Home Telephone: ___________________

Work Telephone: ____________________

_____________________________________

**Tenant requires notification prior to entry. Yes No (please circle one)**

If yes, please provide the primary and alternate point of contact (POC) and phone number and/or email.

Primary POC: ________________________________________________________

Alternate POC: _______________________________________________________