**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS EL PASO DIVISION**

| | | |
|---|---|---|
| **CHARLES ANGELL and ANGELL EXPEDITIONS, LLC,**<br><br>***Plaintiffs*,**<br><br>**v.**<br><br>**MARKWAYNE MULLIN, The Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection; U.S. CUSTOMS AND BORDER PROTECTION; JOSH B. BARRETT, Acting Chief Patrol Agent of the United States Border Patrol's Big Bend Sector; LIEUTENANT GENERAL WILLIAM H. GRAHAM, Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers; and UNITED STATES ARMY CORPS OF ENGINEERS,**<br><br>***Defendants*.** | § § § § § § § § § § § § § § § § § § § § § | **CIVIL ACTION NO. 5:26-cv-05580-KC** |

**ORDER GRANTING PLAINTIFFS' OBJECTIONS TO AND MOTION TO STRIKE PORTIONS OF THE DECLARATION OF PAUL ENRIQUEZ AND MOTION TO PRODUCE CBP BARRIER CONTRACTS**

Before the Court is Plaintiffs' Objections to and Motion to Strike Portions of the Declaration of Paul Enriquez and Motion to Produce CBP Barrier Contracts and Brief in Support (the "Motion to Strike") [Dkt. No. 20]. The Motion is **GRANTED**.

**IT IS ORDERED** that: (1) Plaintiffs' objections are sustained and the portions of the Enriquez Declaration identified are stricken; and (2) Defendants are to produce the complete CBP Barrier Construction Contracts referenced in the Declaration of Paul Enriquez, and Plaintiffs are further **GRANTED** leave to file a supplemental response addressing said Contracts.

**SO ORDERED** on this _________**day of** __________________ **2026.**

__________________________________
HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE