**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **CHARLES ANGELL and ANGELL EXPEDITIONS LLC,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. SA-26-CV-5580-KC** |
| | § | |
| **MARKWAYNE MULLIN, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

On this day, the Court considered the case. Plaintiffs have filed a Motion for Preliminary Injunction ("Motion"), ECF No. 16, seeking to enjoin Defendants from engaging in ground disturbing work in the Big Bend Sector. Mot. 33 (asking to enjoin "Defendants within the Big Bend Sector . . . from . . . ground disturbance, blasting, excavation, wall barrier, or wall-panel installation, new road construction, vegetation clearing, staging expansion, spoil disposal, mobilization for work, receipt of building and construction materials, equipment and vehicles for the Project and other irreversible commitments").

On October 2, the Court entered a preliminary injunction in a related case that grants essentially the relief that Plaintiffs seek in their Motion. *See* Order, *Friends of the Ruidosa Church v. Mullin*, No. 3:26-cv-1099-KC (W.D. Tex. Oct. 2, 2026), ECF No. 66 (enjoining Defendants from building "border barrier or related infrastructure, or engag[ing] in any construction or ground disturbing activities, in the Big Bend Sector until and unless Defendants comply with all applicable law"). This may moot Plaintiff's Motion.

Accordingly, the Court **ORDERS** the parties to meet, confer, and submit a joint statement informing the Court of their respective positions as to whether the preliminary

injunction in *Friends of the Ruidosa Church* renders the request for a preliminary injunction in this case moot. The parties must file this statement **no later than October 15, 2026**.

**SO ORDERED.**

**SIGNED this 8th day of October, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE